IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| CHRISTOPHER CHAD SHOFFNER | : CASE NO. 17-23194 |
| | : |
| DEBTORS | : PLAN OBJECTION |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : February 22, 2018@9:30AM. |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| CHRISTOPHER CHAD SHOFFNER, | : |
| RESPONDENT | : RELATED TO DOCKET NO  25 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

   I, A. James Millar, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan on the parties at the below addresses, on October 18, 2017 by:

 17-23194 Notice will be electronically mailed to:

Albert James Millar at
RA-occbankruptcy3@pa.gov, RA-occbankruptcy6@pa.gov

Thomas A. Capehart
jkascur@grossmcginley.com,ehutchinson@grossmcginley.com

Scott R. Lowden
niclowgl@comcast.com

Martin A. Mooney
tshariff@schillerknapp.com,ahight@schillerknapp.com

Office of the United States Trustee
ustpregion03.pa.ecf@usdoj.gov

David A. Rice
ricelaw1@verizon.net,lowdenscott@gmail.com

James Warmbrodt
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


17-23194 **Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfold, VA  23541


EXECUTED ON: October 18, 2017

                              By:   /s/ Albert James Millar
                                    Counsel
                                    PA Department of Revenue
                                    Office of Chief Counsel
                                    PO Box 281061
                                    Harrisburg, PA 17128-1061
                                    Attorney I.D. 62053
                                    (717) 346-4649
                                    Facsimile (717) 772-1459
                                    jmillar@pa.gov