# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |
|---|---|
| Debtor: | CHRISTOPHER CHAD SHOFFNER |
| Case Number: | 17-23194-JAD     Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 22, 2018 09:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
2/26/18 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#6 - Final Confirmation of Plan Dated 8/8/2017 (NFC)
   +Objections By: I.R.S.
   +Objections By: PA Department of Revenue
R / M #:  6 / 0

**Appearances:**

Debtor: Lowden
Trustee: Winnecour / Pail / **Katz**

Creditor: Warmbrodt for First Guaranty

**Proceedings:** Locrnker for IRS

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 5/10/18 at 2:00 pm

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Con't for tax returns to be completed.

2014 1040 still outstanding
Also missing 2013 & 2014 state returns