## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**
- Debtor: CHRISTOPHER CHAD SHOFFNER
- Case Number: 17-23194-JAD    Chapter: 13
- Date / Time / Room: THURSDAY, MAY 10, 2018 02:00 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
5/18/18 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**
#6 - Continued Confirmation of Plan Dated 8/8/2017 (NFC)
R / M #:  6 / 0

**Appearances:**
- Debtor: Lowden
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor: Locknitar for IRS
  Whambrodt for First Guaranty

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 8/23/18 at 1:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Can't are more time for 2014 return.
It must get plan current.

2014 return still unfiled.
2017 on extension - but no estimated tax payments. may have similar problem for 2018

5/3/2018    3:59:12PM