## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | CHRISTOPHER CHAD SHOFFNER |
| Case Number: | 17-23194-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 23, 2018 01:00 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/27/18 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#6 - Continued Confirmation of Plan Dated 8/8/2017 (NFC)
R / M #: 6 / 0

### Appearances:

Debtor: Lwllon
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor: Lotnikar - IRS

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **10-12-18**.
   Objections are due on or before **10-26-18**.
   A hearing on the Amended Plan is set for **12-6-18** at **1:00**.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/16/2018   10:58:31 AM