**Form 005**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christopher Chad Shoffner**
Debtor(s)

Bankruptcy Case No.: 17–23194–JAD
Chapter: 13
Related to Document No.:
Concil. Conf.: December 6, 2018 at 01:00 PM

## ORDER

On August 23, 2018, a Conciliation Conference was conducted on the August 8, 2017 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 27th of August, 2018**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before October 12, 2018,* the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*.  The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2)  *On or before November 6, 2018,* all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*.  Untimely objections will not be considered.

(3)  *On December 6, 2018 at 01:00 PM ,* a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party.  Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: August 27, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
    Counsel for Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher Chad Shoffner  
    Debtor

Case No. 17-23194-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Aug 27, 2018  
                      Form ID: 005     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.  
db          +Christopher Chad Shoffner,   1969 Mount Morris Road,   Waynesburg, PA 15370-2217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:

         Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov  
         David A. Rice    on behalf of Debtor Christopher Chad Shoffner ricelawl@verizon.net,  
          lowdenscott@gmail.com  
         James Warmbrodt    on behalf of Creditor    First Guaranty Mortgage Corporation  
          bkgroup@kmllawgroup.com  
         Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,  
          Internal Revenue Service jill.locnikar@usdoj.gov,  
          patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov  
         Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,  
          kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Scott R. Lowden    on behalf of Debtor Christopher Chad Shoffner niclowlgl@comcast.net  
         Thomas A. Capehart    on behalf of Creditor    Marine One Acceptance Corporation  
          jkacsur@grossmcginley.com,  ehutchinson@grossmcginley.com  
                                                                                                                                             TOTAL: 9