IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Christopher Shoffner,                                Bankruptcy No. 17-23194-JAD

    Debtor

Christopher Shoffner,                                Chapter 13

    Movant,

                                        Related to Document No.

No Respondent

    Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Order of Court dated August 27, 2018 and the Amended Chapter 13 Plan by prepaid first class US mail on October 6, 2018 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA 15219

Office of U.S. Trustee
1001 Liberty Ave.
**Suite 970**, Liberty Center
Pittsburgh, PA 15222

**Each and Every Creditor on the
Court's Mailing Matrix (attached)**

                                                /s/: David A. Rice, Esq.
                                                Attorney for Debtors
                                                15 West Beau Street
                                                Washington, PA 15301
                                                PA ID# 50329
                                                Ricelaw1@verizon.net
                                                (724) 225-7270

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-23194-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Sat Oct  6 08:20:56 EDT 2018 | Marine One Acceptance Corporation<br>Gross McGinley LLP<br>Thomas A. Capehart, Esquire<br>33 S. Seventh Street<br>Allentown, PA 18101-2418 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| United States of America Department of the T<br>c/oOffice of U.S. Atty for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | CNH Industrial Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600 |
| CNH Industrial Capital America LLC<br>PO Box 71264<br>Philadelphia, PA 19176-6264 | CNHcapital<br>Attn:Bankruptcy<br>Po Box 292<br>Racine, WI 53401-0292 | Capital One Bank<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Community Bank<br>90 West Chestnut Street<br>Suite 100<br>Washington, PA 15301-4524 | (p)COMMUNITY BANK<br>90 W CHESTNUT ST<br>SUITE 100<br>WASHINGTON PA 15301-4524 | Fay Servicing, LLC<br>Bankruptcy Department<br>3000 Kellway Dr., Ste 150<br>Carrollton, TX 75006-3357 |
| First Guaranty Mortgafge Corp.<br>c/o M Troy Freedman, Essq.<br>Stern & Eisenberg<br>1581 The Shops at Valley Square<br>Warrington, PA 18976 | First Guaranty Mortgage Corp.<br>5016 Parkway Plaza, Suite 200<br>Charlotte, NC 28217-1930 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642-7539 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Marine1 Acpt<br>5000 Quorum Dr Ste 200<br>Dallas, TX 75254-7405 | Mariner Finance<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Dept of Revenue<br>11 Parkway Ctr, #175<br>Pittsburgh, PA 15220-3623 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, Pa.  17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | TD Auto Finance LLC<br>Trustee Payment Department<br>PO Box 16041<br>Lewiston, ME 04243-9523 | TD Auto Finance LLC<br>c/o Schiller, Knapp, Lefkowitz<br>& Hertzel, LLP<br>950 New Loudon Road, Suite 109<br>Latham, NY 12110-2190 |

| | | |
|---|---|---|
| Td Auto Finance<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Dea<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | Whitley Township<br>c/o Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642-7539 |
| Christopher Chad Shoffner<br>1969 Mount Morris Road<br>Waynesburg, PA 15370-2217 | David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301-6805 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Attn: Bankruptcy<br>Po Box 1847<br>Wilson, NC 27894 | Community Bank<br>Po Box 357<br>Carmichaels, PA 15320 | Internal Revenue Service<br>1000 Liberty Avenue<br>Pittsburgh, PA 15222 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Tractor Supply<br>P.O. Box 183015<br>Columbus, OH 43218 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)First Guaranty Mortgage Corporation | (u)PA Dept of Revenue | (u)TD Auto Finance LLC |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients    4<br>Total                  43 | |