IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| CHRISTOPHER SHOFFNER | : CASE NO. 17-23194 |
| DEBTOR | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : PLAN OBJECTION |
| | : CONFIRMATION DATE & TIME: |
| MOVANT | : December 6, 2018 |
| V. | |
| CHRISTOPHER SHOFFNER | |
| PLAN OBJECTANT | : RELATED TO DOCKET NO. 25 |

## WITHDRAWAL OF PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The Commonwealth of Pennsylvania, Department of Revenue withdraws its Objection to Debtor's Chapter 13 Plan, as the matters objected to have been resolved.

Respectfully submitted by,

DATE: October 10, 2018          By:    /s/ Albert James Millar

_____
Albert James Millar
Counsel
PA Department of Revenue
Office of Chief Counsel
P. O. Box 281061
Harrisburg, PA  17128-1061
PA I.D.  #62053
Phone: 717-346-4649
Facsimile:  717-772-1459
jmillar@pa.gov