IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| CHRISTOPHER SHOFFNER | : |
| | : CASE NO. 17-23194 |
| | : |
| | : |
| DEBTOR | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : PLAN OBJECTION |
| | : |
| | : CONFIRMATION DATE & TIME: |
| MOVANT | : December 6, 2018 |
| | : |
| V. | : |
| | : |
| CHRISTOPHER SHOFFNER | : |
| | : |
| | : |
| | : |
| PLAN OBJECTANT | : RELATED TO DOCKET NO. 38 |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, A. James Millar, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Withdrawal to Chapter 13 Plan on the parties at the below addresses, on October 10, 2018 by:

**17-23194 Notice will be electronically mailed to:**

Albert James Millar at jmillar@pa.gov

Thomas A. Capehart at jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com

Jill Locnikar at jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov, caseview.ecf@usdoj.gov

Scott R. Lowden at niclowlgl@comcast.net

Martin A. Mooney at ahight@schillerknapp.com, kcollins@schillerknapp.com, tshariff@schillerknapp.com, cmack@schillerknapp.com

David A. Rice at ricelaw1@verizon.net, lowdenscott@gmail.com

James Warmbrodt at bkgroup@kmllawgroup.com

Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

Office of United States Trustee ustpregion03.ha.ecf@usdoj.gov

**17-23194 Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541

EXECUTED ON: October 10, 2018

By:    /s/ Albert James Millar

_____
Albert James Millar
Counsel
PA Department of Revenue
Office of Chief Counsel
PO Box 281061
Harrisburg, PA 17128-1061
Attorney I.D. 62053
(717) 346-4649
Facsimile (717) 772-1459
jmillar@pa.gov