IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 17-23194 JAD |
| Christopher C. Shoffner | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Christopher C. Shoffner | ) | |
| | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Doc No. 40 |
| | ) | |
| No Respondent | ) | Hearing: 1/11/19 at 11:00 AM |
| Respondent(s) | ) | |

**CERTIFICATION OF NO RESPONSE REGARDING MOTION TO CONVERT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion* filed on **December 4, 2018** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Motion* appears thereon. Pursuant to the *Notice of Hearing with Response Deadline*, responses to the *Motion* were to be filed and served no later than **December 21, 2018**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 27, 2018

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
Rice & Assoc. Law Firm
15 W. Beau St.
Washington, PA 15301
(412) 374-7161
lowdenscott@gmail.com