FILED
3/12/19 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | **DEFAULT O/E JAD** |
| | ) | Bankruptcy No. 17-23194-JAD |
| Christopher Chad Shoffner | ) | |
| | ) | Chapter 11 |
| Debtor(s) | ) | Previously Chapter 13 |
| | ) | |
| Scott R. Lowden, Esquire | ) | Related To Doc. No. 80 |
| Applicant(s) | ) | |
| v. | ) | |
| No Respondent | ) | |
| Respondent(s) | ) | |

### ORDER OF COURT

AND NOW, this 12th day of March, 2019, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $9,347.51, of which $9,240.00 are attorney fees and $107.51 are costs, and that the total previously allowed Attorney's Fees and Costs were $3,991.44. This award covers the period from 8/7/2017 to 2/19/2019.

Therefore, the Application in its face amount of $5,356.07 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $5,356.07 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs.

Further, the Clerk shall record the award of additional compensation for services rendered between August 7, 2017 and February 19, 2019 in the amount of **$5,248.56** and expenses in the amount of **$107.51**. The total award of compensation for services to date, is **$9,240.00** and expenses in the amount of **$107.51** for a grand total in the amount of **$9,347.51.**

For purposes of distribution under the Chapter 11, Rice & Associates Law Firm will have an allowed claim under 11 U.S.C. Section 507(a)(2) in the amount of $5,356.07.

Additionally, counsel for debtor paid the conversion filing fee in the amount of $932.00 and was reimbursed by the debtor by check. The check was placed in counsel's IOLTA account. Counsel for debtor is hereby permitted to reimburse the fee from the IOLTA account to the firm's ordinary account.

Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Scott R. Lowden, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher Chad Shoffner
    Debtor

Case No. 17-23194-JAD
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Mar 12, 2019
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.
+Scott Lowden, Esq., Rice & Associates Law Firm, 3948 Monroeville Blvd., Ste. 2, Monroeville, PA 15146-2437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:

    Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov
    Danielle Boyle-Ebersole    on behalf of Creditor    First Guaranty Mortgage Corporation c/o Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com
    Gary William Short    on behalf of Debtor Christopher Chad Shoffner garyshortlegal@gmail.com, gwshort@verizon.net
    James Warmbrodt    on behalf of Creditor    First Guaranty Mortgage Corporation bkgroup@kmllawgroup.com
    Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
    Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
    Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com, kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Thomas A. Capehart    on behalf of Creditor    Marine One Acceptance Corporation jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com

                                                                                TOTAL: 9