**Fill in this information to identify the case:**

Debtor Name: ~~[redacted]~~ Christopr. C. Shoffner

United States Bankruptcy Court for the: West District of PA

Case number: ~~[redacted]~~ 17-23194 JAD

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: January, 2019

Date report filed: _____ MM/DD/YYYY

Line of business: Oil and Gas project manager

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Chad Shoffner

Original signature of responsible party: [signature]

Printed name of responsible party: CHRISTOHER C. SHOFFNER

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☒ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☒ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name _____   Case number _____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ ~~17,722.11~~
    11,130.72

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 21,892

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    -$ 25,574.97

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    (— +$ 3682.97 )

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 7447.75

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0

    *(Exhibit E)*

IRS 2017, 18 taxes $ 186,826.89 (estimated)

Debtor Name _____    Case number _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     0
27. What is the number of employees as of the date of this monthly report?     0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 12000 *
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____
30. How much have you paid this month in other professional fees?     $ _____
31. How much have you paid in total other professional fees since filing the case?     $ _____

\* Retainer.

## 7. Projections     N/A

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ _____ | − | $ _____ | = | $ _____ |
| 33. Cash disbursements | $ _____ | − | $ _____ | = | $ _____ |
| 34. Net cash flow | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:     $ _____
36. Total projected cash disbursements for the next month:     − $ _____
37. Total projected net cash flow for the next month:     = $ _____

Debtor Name _____   Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.  *N/A*
- [ ] 41. Budget, projection, or forecast reports.  *None*
- [ ] 42. Project, job costing, or work-in-progress reports.  *None*

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

CHAD SHOFFNER
516 STATE ROUTE 94 S
FREDON NJ 07860-5026

**Statement Ending 02/08/2019**

CHAD SHOFFNER                                                Page 1 of 4
Primary Account Number: ●●●●●314

### Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
|  | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | ●●●●●314 | $16,089.41 |

## FREESTYLE CHECKING - ●●●●●4314

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/10/2019 | Balance Last Statement | $11,130.72 |
| | 3 Credit(s) This Period | $32,269.73 |
| | 49 Debit(s) This Period | $27,311.04 |
| 02/08/2019 | Balance This Statement | $16,089.41 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/10/2019 | Balance Last Statement | | | $11,130.72 |
| 01/10/2019 | 49283 POS PUR 01/09 02:33 DUNKIN #349865 Q HAMBURG PA 3498005 049283 ~5814 | $4.84 | | $11,125.88 |
| 01/10/2019 | 45746 POS PUR 01/09 03:44 MCDONALD'S F3354 WAYNESBURG PA 1 045746 ~5814 | $7.82 | | $11,118.06 |
| 01/11/2019 | 21392 POS PUR 01/09 09:37 QUICK CHEK CORPO BELVIDERE NJ 1 021392 ~5542 | $75.00 | | $11,043.06 |
| 01/11/2019 | 21396 POS PUR 01/09 09:13 QUICK CHEK CORPO BELVIDERE NJ 1 021396 ~5542 | $48.35 | | $10,994.71 |
| 01/14/2019 | CHECK # 126 | $3,400.00 | | $7,594.71 |
| 01/15/2019 | 603457 INTERNET XFER TO FREESTYLE XXXXXX7981 ON 1/15/19 AT 11:15 | $200.00 | | $7,394.71 |
| 01/18/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $10,104.00 | $17,498.71 |
| 01/18/2019 | 34551 POS PUR 01/17 18:15 EL PASO TRIADELPHIA WV 14021933 034551 ~5812 | $46.31 | | $17,452.40 |
| 01/24/2019 | 35623 POS PUR 01/23 21:07 FREDON DELI NEWTON NJ 00000000 035623 ~5812 | $16.32 | | $17,436.08 |
| 01/24/2019 | 62862 POS PUR 01/24 16:46 AMZN Mktp US* MB0 Amzn.com/bill WA 00000000 06~5942 | $166.37 | | $17,269.71 |
| 01/24/2019 | 657298 PIN PUR 01/24 09:42 THE HOME DEPOT 9 NEWTON NJ 06137227 657298 ~5200 | $325.41 | | $16,944.30 |



**First National Bank**

**Statement Ending 01/09/2019**

CHAD SHOFFNER
Page 3 of 4
Primary Account Number: ████4314

## FREESTYLE CHECKING - ████314 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/02/2019 | 780584 PIN PUR 01/02 17:38 XPRESS LUBE - NE NEWTON NJ LK863101 780584 ~7549 | $86.74 | | $17,635.37 |
| 01/02/2019 | 400484 PIN PUR 01/02 11:58 AUTOZONE 6753 1 NEWTON NJ 99999999 400484 ~5533 | $51.32 | | $17,584.05 |
| 01/02/2019 | 432426 PIN PUR 01/02 11:48 SHOPRITE NEWTON NEWTON NJ 001 432426 ~5411 | $23.54 | | $17,560.51 |
| 01/03/2019 | 99082 POS PUR 01/02 16:09 Amazon.com* M287B Amzn.com/bill WA 00000000 09~5942 | $128.06 | | $17,432.45 |
| 01/03/2019 | 25760 POS PUR 01/01 08:15 QUICK CHEK CORPO NEWTON NJ 1 025760 ~5542 | $75.00 | | $17,357.45 |
| 01/03/2019 | 45586 POS PUR 01/02 11:53 FRANKFORD CAR BA AUGUSTA NJ 70845586 045586 ~7542 | $8.00 | | $17,349.45 |
| 01/03/2019 | 45594 POS PUR 01/02 12:25 FRANKFORD CAR BA AUGUSTA NJ 70845594 045594 ~7542 | $4.00 | | $17,345.45 |
| 01/03/2019 | CHECK # 102 | $2,000.00 | | $15,345.45 |
| 01/04/2019 | 46275 POS PUR 01/03 19:12 SPEEDWAY 2918 23 LEMONT FURNAC PA LK438309 04~5542 | $27.02 | | $15,318.43 |
| 01/04/2019 | 20587 POS PUR 01/03 21:19 SUNOCO 070897170 KUTZTOWN PA 0708001 020587 ~5542 | $30.00 | | $15,288.43 |
| 01/04/2019 | 560448 PIN PUR 01/04 11:56 Old Fort Western Wytheville VA 00010001 56044~5699 | $326.35 | | $14,962.08 |
| 01/04/2019 | 371626 PIN PUR 01/04 12:21 DEALER #4619 WYTHEVILLE VA 00424101 371626 ~5541 | $123.64 | | $14,838.44 |
| 01/07/2019 | 31507 POS PUR 01/03 22:32 RUTTER'S FARM ST HAMBURG PA 1 031507 ~5542 | $24.25 | | $14,814.19 |
| 01/07/2019 | 557412 PIN PUR 01/07 14:35 WAL-MART #2604 NEWTON NJ 24260401 557412 ~5411 | $1,516.00 | | $13,298.19 |
| 01/08/2019 | 46633 POS PUR 01/07 04:25 BOSTON MARKET 01 SUCCASUNNA NJ 00000000 04663~5814 | $41.33 | | $13,256.86 |
| 01/08/2019 | CHECK # 104 | $878.79 | | $12,378.07 |
| 01/09/2019 | 79813 POS PUR 01/08 22:09 MARSHALL MACHINE HONESDALE PA 90058902 079813~7399 | $275.59 | | $12,102.48 |
| 01/09/2019 | 26280 PIN PUR 01/09 16:50 WM SUPERCENTER # TRIADELPHIA WV 50880002 6919~5411 | $309.76 | | $11,792.72 |
| 01/09/2019 | CHECK # 101 | $662.00 | | $11,130.72 |
| 01/09/2019 | Balance This Statement | | | $11,130.72 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/21/2018 | $3,000.00 | 101 | 01/09/2019 | $662.00 | 104* | 01/08/2019 | $878.79 |
| 100* | 12/31/2018 | $15,824.00 | 102 | 01/03/2019 | $2,000.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/18/2018 | $12,000.00 | 12/28/2018 | $33,726.76 | 01/07/2019 | $13,298.19 |
| 12/20/2018 | $23,788.00 | 12/31/2018 | $17,844.11 | 01/08/2019 | $12,378.07 |
| 12/21/2018 | $20,788.00 | 01/02/2019 | $17,560.51 | 01/09/2019 | $11,130.72 |
| 12/26/2018 | $20,771.90 | 01/03/2019 | $15,345.45 | | |
| 12/27/2018 | $20,505.63 | 01/04/2019 | $14,838.44 | | |

 **First National Bank**

**Statement Ending 02/08/2019**

CHAD SHOFFNER
Primary Account Number ####4314
Page 3 of 4

## FREESTYLE CHECKING - ####4314 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/24/2019 | 1293 PIN PUR 01/24 09:16 WAL-MART #2604 NEWTON NJ 26040046 357257 ~5310 | $64.97 | | $16,879.33 |
| 01/24/2019 | CHECK # 105 | $12,000.00 | | $4,879.33 |
| 01/24/2019 | CHECK # 106 | $1,000.00 | | $3,879.33 |
| 01/25/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $11,788.00 | $15,667.33 |
| 01/25/2019 | 61482 POS PUR 01/24 16:21 DUNKIN #342114 Q NEWTON NJ 3421001 061482 ~5814 | $12.58 | | $15,654.75 |
| 01/28/2019 | 0015 POS PUR 01/25 20:31 CABELA'S RETAIL HAMBURG PA 00005275 000015 ~5941 | $171.00 | | $15,483.75 |
| 01/28/2019 | 939884 PIN PUR 01/28 17:49 TRACTOR SUPPLY C BLAIRSTOWN NJ 99999999 93988~5599 | $104.99 | | $15,378.76 |
| 01/28/2019 | 708067 PIN PUR 01/28 09:12 QUICK CHEK CORPO BELVIDERE NJ 16385401 708067~5541 | $14.27 | | $15,364.49 |
| 01/28/2019 | CHECK # 107 | $2,908.00 | | $12,456.49 |
| 01/29/2019 | 54977 PIN PUR 01/29 09:09 WEIS MARKETS 143 NEWTON NJ 35658201 054977 ~5411 | $37.90 | | $12,418.59 |
| 01/30/2019 | SURCHARGE FEE 964537 ATM WTD 01/29 18:03 PUB 199 TWO -320 GREEN TWP NJ P320643 | $3.00 | | $12,415.59 |
| 01/30/2019 | 64263 POS PUR 01/29 00:24 FREDON DELI NEWTON NJ 00000000 064263 ~5812 | $13.20 | | $12,402.39 |
| 01/30/2019 | 98259 POS PUR 01/30 21:19 LOWES #01512* FLANDERS NJ 00000000 098259 ~5200 | $35.31 | | $12,367.08 |
| 01/30/2019 | 964537 ATM WTD 01/29 18:03 PUB 199 TWO -320 GREEN TWP NJ P320643 000991 ~6011 | $200.00 | | $12,167.08 |
| 01/30/2019 | 638730 PIN PUR 01/30 12:23 BEDBATH&BEYOND# FLANDERS NJ 99999999 638730 ~5719 | $161.93 | | $12,005.15 |
| 01/30/2019 | FEE FOR ATM WTD 01/29 18:03 PUB 199 TWO -320 GREEN TWP NJ P320643 000991 ~6011 | $2.75 | | $12,002.40 |
| 01/31/2019 | SURCHARGE FEE 2526 ATM WTD 01/31 09:44 LOVES TS #537 AT CUMBERLAND MD HY012045 | $3.95 | | $11,998.45 |
| 01/31/2019 | 87497 POS PUR 01/30 23:14 AMZN Mktp US* MB4 Amzn.com/bill WA 00000000 08~5942 | $418.08 | | $11,580.37 |
| 01/31/2019 | 84385 POS PUR 01/29 12:50 QUICK CHEK CORPO NEWTON NJ 1 084385 ~5542 | $65.30 | | $11,515.07 |
| 01/31/2019 | 231685 PIN PUR 01/31 15:50 SPEEDWAY 02929 N NEW ALEXANDRI PA LK897773 23~5541 | $110.88 | | $11,404.19 |
| 01/31/2019 | 725231 PIN PUR 01/31 16:58 SPEEDWAY 02929 N NEW ALEXANDRI PA LK897773 72~5541 | $42.72 | | $11,361.47 |
| 01/31/2019 | 2526 ATM WTD 01/31 09:44 LOVES TS #537 AT CUMBERLAND MD HY012045 09445~6011 | $200.00 | | $11,161.47 |
| 01/31/2019 | CHECK # 108 | $3,710.97 | | $7,450.50 |
| 01/31/2019 | FEE FOR ATM WTD 01/31 09:44 LOVES TS #537 AT CUMBERLAND MD HY012045 09445~6011 | $2.75 | | $7,447.75 |
| 02/01/2019 | 37233 POS PUR 01/31 22:41 LOVE S TRAVEL 00 CUMBERLAND MD 009 037233 ~5542 | $95.83 | | $7,351.92 |
| 02/01/2019 | 92106 POS PUR 01/31 00:30 MCDONALD'S F2261 BLAIRSVILLE PA 1 092106 ~5814 | $24.65 | | $7,327.27 |
| 02/01/2019 | 55366 POS PUR 01/31 19:28 SPEEDWAY 02929 N NEW ALEXANDRI PA LK897773 05~5542 | $39.94 | | $7,287.33 |
| 02/01/2019 | 526916 PIN PUR 02/01 14:59 SPEEDWAY 02929 N NEW ALEXANDRI PA LK897773 52~5541 | $21.19 | | $7,266.14 |
| 02/04/2019 | 20123 POS PUR 02/02 08:39 SUPER 8 DELMONT DELMONT PA 75771190 020123 ~3709 | $199.80 | | $7,066.34 |

EXHIBIT C

MOR Income and expenses identification form Shoffner here    Month JAN 2019
*Number each line entry on the bank statement (debits and credits)

| Line Item* | Money Out (expenses) | Money In (deposits) | Explain reason for deposits or expense | Code |
|---|---|---|---|---|
| 1 | 4.84 | 0 | Food | HH |
| 2 | 7.82 | 0 | Food | HH |
| 3 | 75.00 | 0 | Fuel | AE |
| 4 | 48.35 | 0 | Food | HH |
| 5 | 3400.00 | 0 | Bought Saddle | HE |
| 6 | 200.00 | 0 | Transfer to cover Auto Insurance | I |
| 7 | 0 | 10104.00 | Income | |
| 8 | 46.31 | 0 | Food | HH |
| 9 | 16.32 | 0 | Food | HH |
| 10 | 166.37 | 0 | Truck Repairs | AE |
| 11 | 325.41 | 0 | Apartment Furnishings | HH |
| 12 | 64.97 | 0 | Oil for Truck | AE |
| 13 | 12000.00 | 0 | Lawyer Fees | PROF FEE (PF) |
| 14 | 1000.00 | 0 | Horse Board (Partial month) | HE |
| 15 | 0 | 11788.00 | Income | |
| 16 | 12.58 | 0 | Food | HH |
| 17 | 171.00 | 0 | Clothes - (work) | HH |
| 18 | 104.99 | 0 | Horse Care - (wormer) | HE |
| 19 | 14.27 | 0 | Food | HH |
| 20 | 2908.00 | 0 | Horse Show Fees + Annual Renewal | HE |
| 21 | 37.90 | 0 | Food | HH |
| 22 | 3.00 | 0 | Atm Surcharge | BF |
| 23 | 13.20 | 0 | Food | HH |
| 24 | 35.31 | 0 | Propane for Grill | HH |
| 25 | 200.00 | 0 | Cash Withdraw | MISC |
| 26 | 161.93 | 0 | Sheets + Towels | HH |
| 27 | 2.75 | 0 | Atm Surcharge | BF |
| 28 | 3.95 | 0 | Atm Surcharge | BF |
| 29 | 418.08 | 0 | Clothes + Boots | HH |
| 30 | 65.30 | 0 | Fuel | AE |
| 31 | 110.88 | 0 | Fuel | AE |
| 32 | 42.72 | 0 | Food | HH |
| 33 | 200.00 | 0 | Cash for Tolls | HH |
| 34 | 3710.97 | 0 | Rent + Utilities for 2 months | |
| 35 | 2.75 | 0 | Atm Surcharge Fee | BF |
| Total | 25,574.97 | 21,892 | | |

(R) RENT 1600
U 510.97

1/10 to 1/31/2019

| # | Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|---|
| | | Account Activity | | | |
| | 01/10/2019 | Balance Last Statement | | | $11,130.72 |
| 1 | 01/10/2019 | 49283 POS PUR 01/09 02:33 DUNKIN #349865 Q HAMBURG PA 3498005 049283 ~5814 | $4.84 | | $11,125.88 |
| 2 | 01/10/2019 | 45746 POS PUR 01/09 03:44 MCDONALD'S F9354 WAYNESBURG PA 1 045746 ~5814 | $7.82 | | $11,118.06 |
| 3 | 01/11/2019 | 21392 POS PUR 01/09 09:37 QUICK CHEK CORPO BELVIDERE NJ 1 021392 ~5542 | $75.00 | | $11,043.06 |
| 4 | 01/11/2019 | 21396 POS PUR 01/09 09:13 QUICK CHEK CORPO BELVIDERE NJ 1 021396 ~5542 | $48.35 | | $10,994.71 |
| 5 | 01/14/2019 | CHECK # 126 | $3,400.00 | | $7,594.71 |
| 6 | 01/15/2019 | 603467 INTERNET XFER TO FREESTYLE XXXXXX7981 ON 1/15/19 AT 11:15 | $200.00 | | $7,394.71 |
| 7 | 01/18/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $10,104.00 | $17,498.71 |
| 8 | 01/18/2019 | 34551 POS PUR 01/17 18:15 EL PASO TRIADELPHIA WV 14021933 034551 ~5812 | $46.31 | | $17,452.40 |
| 9 | 01/24/2019 | 35623 POS PUR 01/23 21:07 FREDON DELI NEWTON NJ 00000000 035623 ~5812 | $16.32 | | $17,436.08 |
| 10 | 01/24/2019 | 62662 POS PUR 01/24 16:49 AMZN Mktp US* MB0 Amzn.com/bill WA 00000000 06~5942 | $166.37 | | $17,269.71 |
| 11 | 01/24/2019 | 657298 PIN PUR 01/24 09:42 THE HOME DEPOT 9 NEWTON NJ 06137227 657298 ~5200 | $325.41 | | $16,944.30 |
| 12 | 01/24/2019 | 1293 PIN PUR 01/24 09:16 WAL-MART #2604 NEWTON NJ 26040046 357257 ~5310 | $64.97 | | $16,879.33 |
| 13 | 01/24/2019 | CHECK # 105 | $12,000.00 | | $4,879.33 |
| 14 | 01/24/2019 | CHECK # 106 | $1,000.00 | | $3,879.33 |
| 15 | 01/25/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $11,788.00 | $15,667.33 |
| 16 | 01/25/2019 | 61482 POS PUR 01/24 16:21 DUNKIN #342114 Q NEWTON NJ 3421001 061482 ~5814 | $12.58 | | $15,654.75 |
| 17 | 01/28/2019 | 0015 POS PUR 01/25 20:31 CABELA'S RETAIL HAMBURG PA 00005275 000015 ~5941 | $171.00 | | $15,483.75 |
| 18 | 01/28/2019 | 939884 PIN PUR 01/28 17:49 TRACTOR SUPPLY C BLAIRSTOWN NJ 99999999 93988 ~5599 | $104.99 | | $15,378.76 |
| 19 | 01/28/2019 | 708067 PIN PUR 01/28 09:12 QUICK CHEK CORPO BELVIDERE NJ 16385401 708067 ~5541 | $14.27 | | $15,364.49 |
| 20 | 01/28/2019 | CHECK # 107 | $2,908.00 | | $12,456.49 |
| 21 | 01/29/2019 | 54977 PIN PUR 01/29 09:09 WEIS MARKETS 143 NEWTON NJ 35658201 054977 ~5411 | $37.90 | | $12,418.59 |
| 22 | 01/30/2019 | SURCHARGE FEE 964537 ATM WTD 01/29 18:03 PUB 199 TWO -320 GREEN TWP NJ P820643 | $3.00 | | $12,415.59 |
| 23 | 01/30/2019 | 64263 POS PUR 01/29 00:24 FREDON DELI NEWTON NJ 00000000 064263 ~5812 | $13.20 | | $12,402.39 |
| 24 | 01/30/2019 | 98259 POS PUR 01/30 21:19 LOWES #01512* FLANDERS NJ 00000000 098259 ~5200 | $35.31 | | $12,367.08 |
| 25 | 01/30/2019 | 964537 ATM WTD 01/29 18:03 PUB 199 TWO -320 GREEN TWP NJ P820643 000991 ~6011 | $200.00 | | $12,167.08 |
| 26 | 01/30/2019 | 638730 PIN PUR 01/30 12:23 BEDBATH&BEYOND# FLANDERS NJ 99999999 638730 ~5719 | $161.93 | | $12,005.15 |
| 27 | 01/30/2019 | FEE FOR ATM WTD 01/29 18:03 PUB 199 TWO -320 GREEN TWP NJ P820643 000991 ~6011 | $2.75 | | $12,002.40 |
| 28 | 01/31/2019 | SURCHARGE FEE 2526 ATM WTD 01/31 09:44 LOVES TS #537 AT CUMBERLAND MD HY012045 | $3.95 | | $11,998.45 |
| 29 | 01/31/2019 | 87497 POS PUR 01/30 23:14 AMZN Mktp US* MB4 Amzn.com/bill WA 00000000 06~5942 | $418.08 | | $11,580.37 |
| 30 | 01/31/2019 | 84385 POS PUR 01/29 12:50 QUICK CHEK CORPO NEWTON NJ 1 084385 ~5542 | $65.30 | | $11,515.07 |
| 31 | 01/31/2019 | 231685 PIN PUR 01/31 15:50 SPEEDWAY 02929 N NEW ALEXANDRI PA LK897773 23 ~5541 | $110.88 | | $11,404.19 |
| 32 | 01/31/2019 | 725231 PIN PUR 01/31 16:58 SPEEDWAY 02929 N NEW ALEXANDRI PA LK897773 72 ~5541 | $42.72 | | $11,361.47 |
| 33 | 01/31/2019 | 2526 ATM WTD 01/31 09:44 LOVES TS #537 AT CUMBERLAND MD HY012045 09445 ~6011 | $200.00 | | $11,161.47 |
| 34 | 01/31/2019 | CHECK # 108 | $3,710.97 | | $7,450.50 |
| 35 | 01/31/2019 | FEE FOR ATM WTD 01/31 09:44 LOVES TS #537 AT CUMBERLAND MD HY012045 09445 ~6011 | $2.75 | | $7,447.75 |

Shoffner mor summary

EXHIBIT "D"

|  | January, 2019 |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| Household (HH) | 4,956.04 |  |  |  |  |  |
| Auto (AE) | 482.52 |  |  |  |  |  |
| Insurance (I) | 200.00 |  |  |  |  |  |
| Professional (P) | 12,000.00 |  |  |  |  |  |
| Bank fees (BF) | 12.45 |  |  |  |  |  |
| Misc. (M) | 200.00 |  |  |  |  |  |
| Horse exp (HE) | 4,012.99 |  |  |  |  |  |
| Apt. Rent (R) | 3,200.00 |  |  |  |  |  |
| Utilities (U) | 510.97 |  |  |  |  |  |
|  | 0 |  |  |  |  |  |
|  | 0 |  |  |  |  |  |
|  | 0 |  |  |  |  |  |
|  | 0 |  |  |  |  |  |
|  | 25,574.97 |  |  |  |  |  |

MOR CS and cover letter shoffner

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 18-20411 JAD** |
| | ) | |
| **Christopher C. Shoffner,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | Document No. |

**Certificate of Service**

I, Gary W. Short, certify under penalty of perjury that on **March 26, 2019**
I served the:

| | | |
|---|---|---|
| ☑ | Jan. | 2019 Monthly Operating Report |
| ☐ | Feb. | 2019 Monthly Operating Report |
| ☐ | March | 2019 Monthly Operating Report |
| ☐ | April | 2019 Monthly Operating Report |
| ☐ | May | 2019 Monthly Operating Report |
| ☐ | June | 2019 Monthly Operating Report |
| ☐ | July | 2019 Monthly Operating Report |
| ☐ | August | 2019 Monthly Operating Report |
| ☐ | Sept. | 2019 Monthly Operating Report |
| ☐ | Oct. | 2019 Monthly Operating Report |
| ☐ | Nov. | 2019 Monthly Operating Report |
| ☐ | Dec. | 2019 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: **3/26/19**

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com