# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** CHRISTOPHER CHAD SHOFFNER
**Case Number:** 17-23194-JAD  **Chapter:** 11
**Date / Time / Room:** TUESDAY, MARCH 26, 2019 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

RESCHEDULED - Debtor's Motion To Designate Chapter 11 Case A Small Business Case
- No Response Filed  [Due 2/19/2019]
- CNO filed 2/20/2019 at ECF No. 82
- Order Entered 2/25/2019 Granting Debtor's Motion To Reschedule. Hearing rescheduled to 3/26/2019

**R / M #:**  61 / 0

## Appearances:

OFFICE OF THE U.S. TRUSTEE:   HILDENBRAND / SPRAGUE / WAHLQUIST
DEBTOR:  GARY W. SHORT, ESQUIRE
CREDITOR:
UCC:

## Proceedings:

__✓__ Motion is **GRANTED** / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
　　_____ For At Least _____ Days (Court To Issue Scheduling Order)
　　_____ To Hearing Date Of _____ at _____ AM/PM at _____
　　_____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
　　_____ Evidentiary Hearing On Value And Cram-Down Interest
　　_____ Complex / Pretrial Order - NONJURY / JURY
　　_____ Simple / Pretrial Order - NONJURY / JURY
　　_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order entered 3/26/2019 Granting Motion**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
3/26/19 1:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA