MOR CS and cover letter shoffner

**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 17-20411 JAD** |
| | ) | |
| **Christopher C. Shoffner,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | **Document No.** |

**<u>Amended Certificate of Service</u>**

I, Gary W. Short, certify under penalty of perjury that on March 26, 2019, I served the:

| | | |
|---|---|---|
| X | Jan. | 2019 Monthly Operating Report |
| ☐ | Feb. | 2019 Monthly Operating Report |
| ☐ | March | 2019 Monthly Operating Report |
| ☐ | April | 2019 Monthly Operating Report |
| ☐ | May | 2019 Monthly Operating Report |
| ☐ | June | 2019 Monthly Operating Report |
| ☐ | July | 2019 Monthly Operating Report |
| ☐ | August | 2019 Monthly Operating Report |
| ☐ | Sept. | 2019 Monthly Operating Report |
| ☐ | Oct. | 2019 Monthly Operating Report |
| ☐ | Nov. | 2019 Monthly Operating Report |
| ☐ | Dec. | 2019 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA  15222

Dated: March 26, 2019

/s/ Gary W. Short_____
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com