782 basic caption

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-23194 JAD |
| CHRISTOPHER C. SHOFFNER, | ) | Chapter 11 |
| Debtor, | ) | Docket No. _____ |

## BALANCE SHEET

Debtor does not have a balance sheet.

/s/ Gary W. Short
Gary W. Short, Esquire
212 Windgap Road
Pittsburgh, PA 15237
Tele. (412) 765-0100
Fax (412) 536-3977
E-mail garyshortlegal@gmail.com
PA Bar I.D. No. 36794