782 basic caption

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-23194 JAD |
| | ) | |
| **CHRISTOPHER C. SHOFFNER,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Docket No. \_\_\_\_ |

**STATEMENT OF OPERATIONS**

Debtor's most recent statement of operations is attached.

/s/ Gary W. Short
Gary W. Short, Esquire
212 Windgap Road
Pittsburgh, PA 15237
Tele. (412) 765-0100
Fax (412) 536-3977
E-mail garyshortlegal@gmail.com
PA Bar I.D. No. 36794

| SCHEDULE C | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2017** |
| Department of the Treasury<br>Internal Revenue Service (99) | • Go to www.irs.gov/ScheduleC for instructions and the latest information.<br>• Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | Attachment<br>Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| CHRISTOPHER C SHOFFNER | ▬▬▬-▬▬-3819 |

| A | Principal business or profession, including product or service (see instructions)<br>ENERGY SERVICES | B | Enter code from Instructions<br>• 211130 |
|---|---|---|---|
| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN) (see instr.) |

| E | Business address (including suite or room no.) • 1969 MT. MORRIS ROAD |
|---|---|
| | City, town or post office, state, and ZIP code    WAYNESBURG    PA  15370 |
| F | Accounting method:    (1) [X] Cash    (2) [ ] Accrual    (3) [ ] Other (specify) • |
| G | Did you "materially participate" in the operation of this business during 2017? If "No," see instructions for limit on losses ....... [X] Yes  [ ] No |
| H | If you started or acquired this business during 2017, check here ............................................................... • [ ] |
| I | Did you make any payments in 2017 that would require you to file Form(s) 1099? (see instructions) ............................. [ ] Yes  [X] No |
| J | If "Yes," did you or will you file required Forms 1099? ....................................................................... [ ] Yes  [ ] No |

### Part I   Income

| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked • [ ] | 1 | 324,845 |
|---|---|---|---|
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 324,845 |
| 4 | Cost of goods sold (from line 42) | 4 | 11,000 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 313,845 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 • | 7 | 313,845 |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) | 9 | 18,770 | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 16 | Interest: | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 540 |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a • | 28 | 19,310 |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 294,535 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).<br>Simplified method filers only: enter the total square footage of: (a) your home:  3608<br>and (b) the part of your home used for business:  100 . Use the Simplified<br>Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | 500 |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2.<br>(If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | 31 | 294,035 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.                    Schedule C (Form 1040) 2017
DAA

CHRISTOPHER C SHOFFNER ▉▉▉-3819

Schedule C (Form 1040) 2017  ENERGY SERVICES                                                                    Page 2

### Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a [X] Cost   b [ ] Lower of cost or market   c [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation .................................................................................................. [ ] Yes  [X] No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 0 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 11,000 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 11,000 |
| 41 | Inventory at end of year | 41 | 0 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 11,000 |

### Part IV  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ·  01/01/16

44  Of the total number of miles you drove your vehicle during 2017, enter the number of miles you used your vehicle for:

    a Business  35,084        b Commuting (see instructions) ............        c Other  16,166

45  Was your vehicle available for personal use during off-duty hours? ........................................... [X] Yes  [ ] No
46  Do you (or your spouse) have another vehicle available for personal use? ................................ [X] Yes  [ ] No
47a Do you have evidence to support your deduction? ..................................................................... [X] Yes  [ ] No
  b If "Yes," is the evidence written? .............................................................................................. [X] Yes  [ ] No

### Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| TELEPHONE EXPENSE | 540 |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on line 27a | 48  540 |

DAA                                                                                           Schedule C (Form 1040) 2017

| SCHEDULE F<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Profit or Loss From Farming<br>• Attach to Form 1040, Form 1040NR, Form 1041, Form 1065, or Form 1065-B.<br>• Go to www.irs.gov/ScheduleF for Instructions and the latest Information. | | OMB No. 1545-0074<br>**2017**<br>Attachment<br>Sequence No. 14 |
|---|---|---|---|
| Name of proprietor<br>CHRISTOPHER C SHOFFNER | | | Social security number (SSN)<br>▓▓▓-▓▓-3819 |
| A Principal crop or activity<br>HORSE BREADING | B Enter code from Part IV<br>112900 | C Accounting method:<br>[X] Cash  [ ] Accrual | D Employer ID number (EIN), (see instr.) |

| | | | | |
|---|---|---|---|---|
| E | Did you "materially participate" in the operation of this business during 2017? If "No," see instructions for limit on passive losses. | | [X] Yes | [ ] No |
| F | Did you make any payments in 2017 that would require you to file Form(s) 1099 (see instructions)? | | [ ] Yes | [X] No |
| G | If "Yes," did you or will you file required Forms 1099? | | [ ] Yes | [ ] No |

**Part I** Farm Income – Cash Method. Complete Parts I and II (Accrual method. Complete Parts II and III, and Part I, line 9.)

| | | | | |
|---|---|---|---|---|
| 1a | Sales of livestock and other resale items (see instructions) | 1a | 6,000 | |
| b | Cost or other basis of livestock or other items reported on line 1a | 1b | | |
| c | Subtract line 1b from line 1a | | 1c | 6,000 |
| 2 | Sales of livestock, produce, grains, and other products you raised | | 2 | |
| 3a | Cooperative distributions (Form(s) 1099-PATR) | 3a | 3b Taxable amount | 3b |
| 4a | Agricultural program payments (see instructions) | 4a | 4b Taxable amount | 4b |
| 5a | Commodity Credit Corporation (CCC) loans reported under election | | 5a | |
| b | CCC loans forfeited | 5b | 5c Taxable amount | 5c |
| 6 | Crop insurance proceeds and federal crop disaster payments (see instructions) | | | |
| a | Amount received in 2017 | 6a | 6b Taxable amount | 6b |
| c | If election to defer to 2018 is attached, check here • [ ] | | 6d Amount deferred from 2016 | 6d |
| 7 | Custom hire (machine work) income | | 7 | |
| 8 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | | 8 | |
| 9 | Gross income. Add amounts in the right column (lines 1c, 2, 3b, 4b, 5a, 5c, 6b, 6d, 7, and 8). If you use the accrual method, enter the amount from Part III, line 50. See instructions | | 9 | 6,000 |

**Part II** Farm Expenses – Cash and Accrual Method. Do not include personal or living expenses. See instructions.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | Car and truck expenses (see instructions). Also attach Form 4562 | 10 | | 23 | Pension and profit-sharing plans | 23 | |
| 11 | Chemicals | 11 | | 24 | Rent or lease (see instructions): | | |
| 12 | Conservation expenses (see instructions) | 12 | | a | Vehicles, machinery, equipment | 24a | |
| 13 | Custom hire (machine work) | 13 | | b | Other (land, animals, etc.) | 24b | |
| 14 | Depreciation and section 179 expense (see instructions) | 14 | 1,278 | 25 | Repairs and maintenance | 25 | |
| | | | | 26 | Seeds and plants | 26 | |
| | | | | 27 | Storage and warehousing | 27 | |
| 15 | Employee benefit programs other than on line 23 | 15 | | 28 | Supplies | 28 | 2,331 |
| 16 | Feed | 16 | 4,995 | 29 | Taxes | 29 | |
| 17 | Fertilizers and lime | 17 | | 30 | Utilities | 30 | |
| 18 | Freight and trucking | 18 | | 31 | Veterinary, breeding, and medicine | 31 | 6,324 |
| 19 | Gasoline, fuel, and oil | 19 | | 32 | Other expenses (specify): | | |
| 20 | Insurance (other than health) | 20 | | a | Travel epenses | 32a | 2,996 |
| 21 | Interest: | | | b | | 32b | |
| a | Mortgage (paid to banks, etc.) | 21a | | c | | 32c | |
| b | Other | 21b | | d | | 32d | |
| 22 | Labor hired (less employment credits) | 22 | | e | | 32e | |
| | | | | f | | 32f | |
| 33 | Total expenses. Add lines 10 through 32f. If line 32f is negative, see instructions | | | | | 33 | 17,924 |
| 34 | Net farm profit or (loss). Subtract line 33 from line 9 | | | | | 34 | -11,924 |

If a profit, stop here and see instructions for where to report. If a loss, complete lines 35 and 36.

| | | | |
|---|---|---|---|
| 35 | Did you receive an applicable subsidy in 2017? See instructions | [ ] Yes | [X] No |
| 36 | Check the box that describes your investment in this activity and see instructions for where to report your loss. | | |
| a | [X] All investment is at risk.    b [ ] Some investment is not at risk. | | |

For Paperwork Reduction Act Notice, see the separate instructions.                                                         Schedule F (Form 1040) 2017

DAA

| SCHEDULE SE (Form 1040) | | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | • Go to www.irs.gov/ScheduleSE for instructions and the latest information.<br>• Attach to Form 1040 or Form 1040NR. | **2017**<br>Attachment Sequence No. 17 |
| Name of person with self-employment income (as shown on Form 1040 or Form 1040NR)<br>CHRISTOPHER C SHOFFNER | | Social security number of person with self-employment income • | ▆▆▆▆-3819 |

*Before you begin:* To determine if you must file Schedule SE, see the instructions.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

Note: Use this flowchart only if you must file Schedule SE. If unsure, see *Who Must File Schedule SE* in the instructions.



## Section A — Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---:|
| 1a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1a | -11,924 |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code Z | 1b | ( ) |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report | 2 | 294,035 |
| 3 | Combine lines 1a, 1b, and 2 | 3 | 282,111 |
| 4 | Multiply line 3 by 92.35% (0.9235). If less than $400, you don't owe self-employment tax; don't file this schedule unless you have an amount on line 1b | 4 | 260,530 |
| | Note: if line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| 5 | Self-employment tax. If the amount on line 4 is:<br>• $127,200 or less, multiply line 4 by 15.3% (0.153). Enter the result here and on Form 1040, line 57, or Form 1040NR, line 55<br>• More than $127,200, multiply line 4 by 2.9% (0.029). Then, add $15,772.80 to the result. Enter the total here and on Form 1040, line 57, or Form 1040NR, line 55 | 5 | 23,328 |
| 6 | Deduction for one-half of self-employment tax.<br>Multiply line 5 by 50% (0.50). Enter the result here and on Form 1040, line 27, or Form 1040NR, line 27 ............ | 6 | 11,664 |

For Paperwork Reduction Act Notice, see your tax return instructions.            Schedule SE (Form 1040) 2017

DAA