**Fill in this information to identify the case:**

Debtor Name: CHRISTOPHER C. Shoffner

United States Bankruptcy Court for the: West. District of Penna

Case number: 17-23194 JAD

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: February 2019

Date report filed: 4/8/19 MM/DD/YYYY

Line of business: Oil and Gas Well Supervisor

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Christopher C. Shoffner

Original signature of responsible party: [signature]

Printed name of responsible party: Christopher C. Shoffner

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ■ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ■ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ■ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ■ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ■ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ■ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ■ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ■ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ■ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ■ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ■ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ■ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ■ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ■ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ■ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ■ | ☐ |

Debtor Name _CHRISTOPHER Shoffner_    Case number _17-23194 JAD_

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ■ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ■ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ _7447.75_

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _33,953.73_

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ _25878.81_

22. **Net cash flow**    + $ _8074.92_

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.   _8074.92 + 7447.75 + 5800*_    = $ _21,322.67_

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _186,826.89_

    (Exhibit E)

IRS 2017, 2018 taxes = 186,826.89 (est.)

* Cash in hand

Debtor Name _____   Case number_____

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                      $ 0

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                                  0
27. What is the number of employees as of the date of this monthly report?                                     ___

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? *    $ 12,000
30. How much have you paid this month in other professional fees?                                              $ 0
31. How much have you paid in total other professional fees since filing the case?                             $ 0

### 7. Projections      N/A

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ _____ | − | $ _____ | = | $ _____ |
| 33. Cash disbursements | $ _____ | − | $ _____ | = | $ _____ |
| 34. Net cash flow | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                          $ _____
36. Total projected cash disbursements for the next month:                                                   − $ _____
37. Total projected net cash flow for the next month:                                                        = $ _____



\* Chapter 11 (retainer)

Debtor Name _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.  N/A
- [ ] 41. Budget, projection, or forecast reports.  N/A
- [ ] 42. Project, job costing, or work-in-progress reports.  N/A

Shoffner mor summary

EXHIBIT "D"

|  | January, 2019 | Feb. 2019 |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| Household (HH) | 4,956.04 | 10,562.61 |  |  |  |  |
| Auto (AE) | 482.52 | 9,575.03 |  |  |  |  |
| Insurance (I) | 200.00 | 0 |  |  |  |  |
| Professional (P) | 12,000.00 | 0 |  |  |  |  |
| Bank fees (BF) | 12.45 | 0 |  |  |  |  |
| Misc. (M) | 200.00 | 0 |  |  |  |  |
| Horse exp (HE) | 4,012.99 | 2,422.00 |  |  |  |  |
| Apt. Rent (R) | 3,200.00 | 0 |  |  |  |  |
| Utilities (U) | 510.97 | 962.73 |  |  |  |  |
| Bus. Expenses (BE) | 0 | 2,356.44 |  |  |  |  |
|  | 0 | 0 |  |  |  |  |
|  | 0 | 0 |  |  |  |  |
|  | 0 | 0 |  |  |  |  |
|  | 25,574.97 | 25,878.81 |  |  |  |  |

MOR income and expenses identification form Shoffner    Month February 2019
*Number each line entry on the bank statement (debits and credits)

| Line Item* | Money Out (expenses) | Money In (deposits) | Explain reason for deposits or expense | Code |
|---|---|---|---|---|
| 1 | 95.83 | 0 | Fuel (Auto Expense or "AE") | ae |
| 2 | 24.65 | 0 | Food (Household or "HH") | hh |
| 3 | 39.94 | 0 | Fuel | ae |
| 4 | 21.19 | 0 | Food | hh |
| 5 | 199.80 | 0 | Hotel for work ("business expense" or "BE" | be |
| 6 | 19.69 | 0 | Food | hh |
| 7 | 8.87 | 0 | Food | hh |
| 8 | 46.16 | 0 | Fuel | ae |
| 9 | 28.20 | 0 | Fuel | ae |
| 10 | 26.77 | 0 | Food | hh |
| 11 | 25.55 | 0 | Fuel | ae |
| 12 | 140.81 | 0 | Fuel | ae |
| 13 | 73.93 | 0 | Hotel for work | be |
| 14 | 500.00 | 0 | Horse boarding fees ("Horse expense" or "HE") | he |
| 15 | 0 | 10,377.73 | Income | |
| 16 | 136.74 | 0 | Food | hh |
| 17 | 347.94 | 0 | Telephone ("U") | u |
| 18 | 94.87 | 0 | Cable ("U") | u |
| 19 | 40.77 | 0 | Food | hh |
| 20 | 404.01 | 0 | Groceries | hh |
| 21 | 1300.00 | 0 | Tuition for oil and gas training. | be |
| 22 | 0 | 11,788.00 | Income | |
| 23 | 1200.00 | 0 | Insurance | ae |
| 24 | 138.88 | 0 | Hotel for work | be |
| 25 | 87.15 | 0 | Food | hh |
| 26 | 70.00 | 0 | Fuel | ae |

| 27 | 464.30 | 0 | Air fare to visit ill father. | hh |
|---|---|---|---|---|
| 28 | 519.92 | 0 | Telephone | u |
| 29 | 2500.00 | 0 | Cash for truck transmission repairs | ae |
| 30 | 56.03 | 0 | Fuel | ae |
| 31 | 52.46 | 0 | Groceries | hh |
| 32 | 0 | 11,788.00 | Income | |
| 33 | 79.95 | 0 | Work protective clothing | be |
| 34 | 141.70 | 0 | Hotel for work | be |
| 35 | 7.00 | 0 | Tolls | ae |
| 36 | 35.00 | 0 | Tolls | ae |
| 37 | 198.51 | 0 | Towing cost | ae |
| 38 | 35.00 | 0 | Tolls | ae |
| 39 | 214.07 | 0 | Groceries | hh |
| 40 | 99.60 | 0 | Propane fuel | hh |
| 41 | 5,000.00 | 0 | Truck repairs | ae |
| 42 | 1922.00 | 0 | Annual horse show fees | he |
| 43 | 123.66 | 0 | Work clothing | be |
| 44 | 262.34 | 0 | New printer and ink | hh |
| 45 | 2,200.00 | 0 | Misc expenditures due to bank card being stolen (holding $5800 cash) | hh |
| 46 | 298.52 | 0 | Equipment for truck | be |
| 47 | 35.00 | 0 | Tolls | ae |
| 48 | 62.00 | 0 | Fuel | ae |
| 49 | 6,500 | 0 | Attachment for tractor | hh |
| | 25,878.81 | 33,953.73 | | |
| | | | | |
| | | | | |
| | | | | |

# First National Bank

**Statement Ending 03/08/2019**

4140 E. State Street

CHAD SHOFFNER

Page 1 of 4

| # | Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
|  | 01/31/2019 |  |  |  | $7,447.75 |
| 1 | 02/01/2019 | 37233 POS PUR 01/31 22:41 LOVE S TRAVEL 00 CUMBERLAND MD 009 037233 ~5542 | $95.83 |  | $7,351.92 |
| 2 | 02/01/2019 | 92106 POS PUR 01/31 00:30 MCDONALD'S F2261 BLAIRSVILLE PA 1 092106 ~5814 | $24.65 |  | $7,327.27 |
| 3 | 02/01/2019 | 58366 POS PUR 01/31 19:28 SPEEDWAY 02929 N NEW ALEXANDRI PA LK897773 05~5542 | $39.94 |  | $7,287.33 |
| 4 | 02/01/2019 | 526916 PIN PUR 02/01 14:59 SPEEDWAY 02929 N NEW ALEXANDRI PA LK897773 52~5541 | $21.19 |  | $7,266.14 |
| 5 | 02/04/2019 | 20123 POS PUR 02/02 08:39 SUPER 8 DELMONT DELMONT PA 75771190 020123 ~3709 | $199.80 |  | $7,066.34 |
| 6 | 02/04/2019 | 33069 POS PUR 02/01 03:46 KINGS FAMILY RES DELMONT PA 01400840 033069 ~5812 | $19.69 |  | $7,046.65 |
| 7 | 02/04/2019 | 80018 POS PUR 02/02 21:51 DAIRY QUEEN #184 DELMONT PA 00870432 080018 ~5814 | $8.87 |  | $7,037.78 |
| 8 | 02/04/2019 | 39666 POS PUR 02/02 06:24 SPEEDWAY 02929 N NEW ALEXANDRI PA LK897773 03~5542 | $46.16 |  | $6,991.62 |
| 9 | 02/04/2019 | 37964 POS PUR 02/03 02:59 SUNOCO 036074960 APOLLO PA 0360001 037964 ~5541 | $28.20 |  | $6,963.42 |
| 10 | 02/04/2019 | 631658 PIN PUR 02/02 14:44 SPEEDWAY 02929 N NEW ALEXANDRI PA LK897773 63~5541 | $26.77 |  | $6,936.65 |
| 11 | 02/05/2019 | 38243 POS PUR 02/04 23:53 SUNOCO 036074960 APOLLO PA 0360001 038243 ~5541 | $25.55 |  | $6,911.10 |
| 12 | 02/05/2019 | 842076 PIN PUR 02/05 12:33 MARATHON PETRO14 Triadelphia WV 0001D806 8420~5541 | $140.81 |  | $6,770.29 |
| 13 | 02/07/2019 | 56492 POS PUR 02/06 17:47 SUPER 8 DELMONT DELMONT PA 75771190 056492~3709 | $73.93 |  | $6,696.36 |
| 14 | 02/07/2019 | CHECK # 109 | $500.00 |  | $6,196.36 |
| 15 | 02/08/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 |  | $10,377.73 | $16,574.09 |
| 16 | 02/08/2019 | 30352 POS PUR 02/07 05:08 FREDERICKTOWN BU FREDRICKTOWN PA 1 030352 ~5411 | $136.74 |  | $16,437.35 |
| 17 | 02/08/2019 | 53123 POS PUR 02/07 22:33 VERIZON WRL MY A 800-9220204 CA 36707876 0531~4814 | $347.94 |  | $16,089.41 |
| 18 | 02/11/2019 | 35814 POS PUR 02/07 17:43 DISH NETWORK-ONE 800-333-3474 CO 00010001 035~4899 | $94.87 |  | $15,994.54 |
| 19 | 02/11/2019 | 72590 POS PUR 02/09 09:08 EL PASO TRIADELPHIA WV 14021933 072590 ~5812 | $40.77 |  | $15,953.77 |
| 20 | 02/11/2019 | 50277 PIN PUR 02/09 19:24 WM SUPERCENTER # TRIADELPHIA WV 50880007 8320~5411 | $404.01 |  | $15,549.76 |
| 21 | 02/12/2019 | 32887 POS PUR 02/12 13:05 ACT* WildWell 281-7844700 TX 00000000 032887 ~8299 | $1,300.00 |  | $14,249.76 |
| 22 | 02/15/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 |  | $11,788.00 | $26,037.76 |
| 23 | 02/15/2019 | 858633 INTERNET XFER TO FREESTYLE XXXXXX7981 ON 2/15/19 AT 12:08 | $1,200.00 |  | $24,837.76 |
| 24 | 02/19/2019 | 7288 POS PUR 02/16 03:06 HAMPTON INNS 304-5474222 WV 23391561 007288 ~3665 | $138.88 |  | $24,698.88 |
| 25 | 02/19/2019 | 27868 POS PUR 02/15 16:34 FUSION - WHEELIN TRIDELPHIA WV 00000000 02736~5812 | $87.15 |  | $24,611.73 |
| 26 | 02/19/2019 | 23807 POS PUR 02/16 02:17 SHEETZ 00 TRIADELPHIA WV 012 023807 ~5542 | $70.00 |  | $24,541.73 |
| 27 | 02/19/2019 | 52946 POS PUR 02/18 07:44 DELTA AIR 0062 DELTA.COM CA 99999999 052946 ~3058 | $464.30 |  | $24,077.43 |
| 28 | 02/19/2019 | 79820 POS PUR 02/18 01:31 VERIZON WRL MY A 800-9220204 CA 36707876 0798~4814 | $519.92 |  | $23,557.51 |



**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 03/08/2019**

CHAD SHOFFNER                                                    Page 3 of 4
Primary Account Number: 733564314

## FREESTYLE CHECKING - 733564314 (continued)

Account Activity (continued)

| # | Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 29 | 02/20/2019 | CHECK # 112 | $2,500.00 | | $21,057.51 |
| 30 | 02/21/2019 | 18639 POS PUR 02/20 18:36 SUNOCO 007669980 BEDFORD PA 0076001 018639 ~8542 | $56.03 | | $21,001.48 |
| 31 | 02/21/2019 | 37761 PIN PUR 02/21 14:48 WAL-MART #2604 NEWTON NJ 26040006 344464 ~5310 | $52.46 | | $20,949.02 |
| 32 | 02/22/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $11,788.00 | $32,737.02 |
| 33 | 02/22/2019 | 33611 POS PUR 02/21 15:37 THIRD PARTY ASSI 844-7367759 AR 10101111 0336~8999 | $79.95 | | $32,657.07 |
| 34 | 02/22/2019 | 31899 POS PUR 02/20 02:08 HAMPTON INN - WA WAYNESBURG PA 00000000 03169~3665 | $141.70 | | $32,515.37 |
| 35 | 02/22/2019 | 31865 POS PUR 02/21 19:02 FRANKFORD CAR BA AUGUSTA NJ 76631865 031865 ~7542 | $7.00 | | $32,508.37 |
| 36 | 02/25/2019 | 9237 POS PUR 02/24 05:43 PTC EZ PASS AUTO 877-736-6727 PA 000 4160 009~4784 | $35.00 | | $32,473.37 |
| 37 | 02/25/2019 | 19556 POS PUR 02/22 02:09 RODES FIRESIDE R 856-467-2700 NJ 78746237 019~5812 | $198.51 | | $32,274.86 |
| 38 | 02/25/2019 | 5226 POS PUR 02/22 05:45 PTC EZ PASS AUTO 877-736-6727 PA 000 4160 005~4784 | $35.00 | | $32,239.86 |
| 39 | 02/25/2019 | 15625 PIN PUR 02/25 11:51 WAL-MART #2604 NEWTON NJ 26040008 306616 ~5310 | $214.07 | | $32,025.79 |
| 40 | 02/25/2019 | 184930 PIN PUR 02/25 12:08 THE HOME DEPOT 9 NEWTON NJ 06137291 184930 ~5200 | $99.60 | | $31,926.19 |
| 41 | 02/25/2019 | CHECK # 113 | $5,000.00 | | $26,926.19 |
| 42 | 02/26/2019 | CHECK # 114 | $1,922.00 | | $25,004.19 |
| 43 | 02/27/2019 | 97138 POS PUR 02/26 21:22 AMZN Mktp US* MI3 Amzn.com/bill WA 00000000 09~5942 | $123.66 | | $24,880.53 |
| 44 | 02/27/2019 | 721070 PIN PUR 02/27 11:52 STAPLES 0400 NEWTON NJ 08158788 721070 ~5943 | $262.34 | | $24,618.19 |
| 45 | 02/27/2019 | CHECK # 116 | $8,000.00 | | $16,618.19 |
| 46 | 02/28/2019 | 98028 POS PUR 02/27 22:15 AMZN Mktp US* MI1 Amzn.com/bill WA 00000000 09~5942 | $298.52 | | $16,319.67 |
| 47 | 02/28/2019 | 9129 POS PUR 02/27 06:40 PTC EZ PASS AUTO 877-736-6727 PA 000 4160 009~4784 | $35.00 | | $16,284.67 |
| 48 | 02/28/2019 | 29552 POS PUR 02/26 14:04 QUICK CHEK CORPO BELVIDERE NJ 1 029552 ~5542 | $62.00 | | $16,222.67 |
| 49 | 02/28/2019 | CHECK # 115 | $6,500.00 | | $9,722.67 |

MOR CS and cover letter shoffner

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| **In Re:** | **Case No. 17-23194 JAD** |
| **Christopher C. Shoffner,** | **Chapter 11** |
| Debtor. | **Document No.** |

### Certificate of Service

I, Gary W. Short, certify under penalty of perjury that on 4/8/, 2019 I served the:

| | | |
|---|---|---|
| ☐ | Jan. | 2019 Monthly Operating Report |
| ☒ | Feb. | 2019 Monthly Operating Report |
| ☐ | March | 2019 Monthly Operating Report |
| ☐ | April | 2019 Monthly Operating Report |
| ☐ | May | 2019 Monthly Operating Report |
| ☐ | June | 2019 Monthly Operating Report |
| ☐ | July | 2019 Monthly Operating Report |
| ☐ | August | 2019 Monthly Operating Report |
| ☐ | Sept. | 2019 Monthly Operating Report |
| ☐ | Oct. | 2019 Monthly Operating Report |
| ☐ | Nov. | 2019 Monthly Operating Report |
| ☐ | Dec. | 2019 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA  15222

Dated: 4/8/19

/s/ Gary W. Short
Gary W. Short, Esquire  (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mailgaryshortlegal@gmail.com