**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christopher Chad Shoffner** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3819** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13**   **8/8/17** |
| Case number: | **17–23194–JAD** | Date case converted to chapter **11**   **1/9/19** |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case    12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher Chad Shoffner | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1969 Mount Morris Road <br> Waynesburg, PA 15370 | |
| 4. | **Debtor's attorney** <br> Name and address | Gary William Short <br> 212 Windgap Road <br> Pittsburgh, PA 15237 | Contact phone  412–765–0100 <br><br> Email  garyshortlegal@gmail.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone  412–644–2700 <br><br> Date: 4/11/19 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 15, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Liberty Center, 7th Floor, Room 725, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 7/15/19** |
| | | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **8/13/19**   For a governmental unit: **2/4/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 17-23194-JAD
Christopher Chad Shoffner                                               Chapter 11
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                  Page 1 of 2                  Date Rcvd: Apr 11, 2019
                              Form ID: 309E               Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db             #+Christopher Chad Shoffner,    1969 Mount Morris Road,     Waynesburg, PA 15370-2217
aty             Albert James Millar,    PA Dept. of Revenue,    Office of Chief Counsel,   P.O. Box 281061,
                 Harrisburg, PA 17128-1061
aty            +Danielle Boyle-Ebersole,    Hladik, Onorato & Federman, LLP,    298 Wissahickon Avenue,
                 North Wales, PA 19454-4156
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Jill Locnikar,    U.S. Attorney's Office,    700 Grant Street, Suite 4000,
                 Pittsburgh, PA 15219-1955
aty            +Larry E. Wahlquist,    U.S. Trustee Program/Dept. of Justice,    1001 Liberty Avenue,   Suite 970,
                 Pittsburgh, PA 15222-3721
aty            +Martin A. Mooney,    Schiller, Knapp, Lefkowitz & Hertzel LLP,    950 New Loudon Road,
                 Suite 109,   Latham, NY 12110-2182
aty             Thomas A. Capehart,    Gross McGinley, LLP,    33 South 7th Street,   P.O. Box 4060,
                 Allentown, PA 18105-4060
cr             +First Guaranty Mortgage Corporation c/o Rushmore L,    P.O. Box 55004,   Irvine, CA 92619-5004
cr             +Marine One Acceptance Corporation,    Gross McGinley LLP,    Thomas A. Capehart, Esquire,
                 33 S. Seventh Street,   Allentown, PA 18101-2418
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,   700 Grant Street, Suite 4000,    Pittsburgh, PA 15219,
                 U.S.A. 15219-1956
14672449      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Tractor Supply,    P.O. Box 183015,    Columbus, OH 43218)
14677602      #+CNH Industrial Capital America LLC,    PO Box 3600,   Lancaster, PA 17604-3600
14868392        CNH Industrial Capital America LLC,    PO Box 71264,   Philadelphia, PA 19176-6264
14672439       +CNHcapital,   Attn:Bankruptcy,    Po Box 292,   Racine, WI 53401-0292
14745416       +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
14672441        First Guaranty Mortgafge Corp.,    c/o M Troy Freedman, Essq.,    Stern & Eisenberg,
                 1581 The Shops at Valley Square,   Warrington, PA 18976
14672442       +First Guaranty Mortgage Corp.,    5016 Parkway Plaza, Suite 200,    Charlotte, NC 28217-1930
15000051       +First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,   P.O. Box 55004,
                 Irvine, CA 92619-5004
14763588       +Keystone Collections Group,    546 Wendel Road,   Irwin, PA 15642-7539
14672445       +Mariner Finance,    8211 Town Center Dr,   Nottingham, MD 21236-5904
14672447       +PA Dept of Revenue,    11 Parkway Ctr, #175,   Pittsburgh, PA 15220-3623
14683831       +TD Auto Finance LLC,    Trustee Payment Department,   PO Box 16041,   Lewiston, ME 04243-9523
14683828       +TD Auto Finance LLC,    c/o Schiller, Knapp, Lefkowitz,   & Hertzel, LLP,
                 950 New Loudon Road, Suite 109,   Latham, NY 12110-2190
14672451       +Whitley Township,    c/o Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: garyshortlegal@gmail.com Apr 12 2019 02:20:00     Gary William Short,
                 212 Windgap Road,   Pittsburgh, PA 15237
smg             EDI: IRS.COM Apr 12 2019 05:58:00     Internal Revenue Service,    Special Procedures Division,
                 P.O. Box 628,   Bankruptcy Section,   Pittsburgh, PA 15230
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2019 02:20:37     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 12 2019 02:20:47
                 Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14710943        EDI: BECKLEE.COM Apr 12 2019 05:58:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14672436       +EDI: AMEREXPR.COM Apr 12 2019 05:58:00     Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
14672437        E-mail/Text: bankruptcy@bbandt.com Apr 12 2019 02:20:20     BB&T,   Attn: Bankruptcy,
                 Po Box 1847,   Wilson, NC 27894
14672440        E-mail/Text: svlainich@communitybank.tv Apr 12 2019 02:20:56     Community Bank,   Po Box 357,
                 Carmichaels, PA 15320
14672438       +EDI: CAPITALONE.COM Apr 12 2019 05:58:00     Capital One Bank,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14674743       +E-mail/Text: svlainich@communitybank.tv Apr 12 2019 02:20:56     Community Bank,
                 90 West Chestnut Street,   Suite 100,   Washington, PA 15301-4524
14727282        EDI: RESURGENT.COM Apr 12 2019 05:58:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14725008        EDI: MERRICKBANK.COM Apr 12 2019 05:58:00     MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
14672444       +E-mail/Text: bankruptcy@marineone.com Apr 12 2019 02:20:07     Marine1 Acpt,
                 5000 Quorum Dr Ste 200,   Dallas, TX 75254-7405
14672446       +EDI: MERRICKBANK.COM Apr 12 2019 05:58:00     Merrick Bk,   Attn: Bankruptcy,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
```

```
District/off: 0315-2          User: culy              Page 2 of 2              Date Rcvd: Apr 11, 2019
                              Form ID: 309E           Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14678219         EDI: PRA.COM Apr 12 2019 05:58:00      Portfolio Recovery Associates, LLC,   POB 12914,
                   Norfolk VA 23541
14673097        +EDI: PRA.COM Apr 12 2019 05:58:00      PRA Receivables Management, LLC,   PO Box 41021,
                   Norfolk, VA 23541-1021
14681620         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2019 02:20:37
                   Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                   Harrisburg, Pa.  17128-0946
14672448        +EDI: CHRYSLER.COM Apr 12 2019 05:58:00      Td Auto Finance,   Po Box 9223,
                   Farmington Hills, MI 48333-9223
14706269         EDI: AIS.COM Apr 12 2019 05:58:00      Verizon,   by American InfoSource LP as agent,
                   PO Box 248838,   Oklahoma City, OK  73124-8838
14690696         EDI: WFFC.COM Apr 12 2019 05:58:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                   P.O. Box 19657,   Irvine, CA 92623-9657
14672450        +EDI: WFFC.COM Apr 12 2019 05:58:00      Wells Fargo Dealer Services,   Attn: Bankruptcy,
                   Po Box 19657,   Irvine, CA 92623-9657
                                                                                                TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Guaranty Mortgage Corporation
cr              PA Dept of Revenue
cr              TD Auto Finance LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14672443*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   1000 Liberty Avenue,
                   Pittsburgh, PA 15222)
                                                                                   TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
```
          Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov
          Danielle Boyle-Ebersole     on behalf of Creditor    First Guaranty Mortgage Corporation c/o
           Rushmore Loan Management Services debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
          Gary William Short     on behalf of Debtor Christopher Chad Shoffner garyshortlegal@gmail.com,
           gwshort@verizon.net
          James Warmbrodt    on behalf of Creditor    First Guaranty Mortgage Corporation
           bkgroup@kmllawgroup.com
          Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
          Larry E. Wahlquist     on behalf of U.S. Trustee    Office of the United States Trustee
           larry.e.wahlquist@usdoj.gov
          Martin A. Mooney     on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Thomas A. Capehart    on behalf of Creditor    Marine One Acceptance Corporation
           jkacsur@grossmcginley.com,   ehutchinson@grossmcginley.com
                                                                                                 TOTAL: 9
```