Fill in this information to identify the case:

Debtor Name _____

United States Bankruptcy Court for the: West District of PA

Case number: ▓▓▓▓▓ 17-23194 JAD

CHRISTOPHER C. SHOFFNER

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: March, 2019         Date report filed: 04/22/2019

Line of business: Oil and Gas Production Manager      NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Chad Shoffner

Original signature of responsible party: _[signed]_

Printed name of responsible party: Chad Shoffner

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☒ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☒ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name __Christopher Shoffner__    Case number __17-23194 JAD__

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☒ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ __9722.67__

    + cash    __5800.00__

    __15,522.67__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ __28240.92__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ __21668.39__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ __6572.53__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ __22,095.20__

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ __186,826__

    *(Exhibit E)*   IRS 2017 and 2018 taxes
    $186,826 (est.)

Debtor Name **CHRISTOHER SHOFFNER**    Case number **17-23194 JAD**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 0

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?    0
27. What is the number of employees as of the date of this monthly report?    ___

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ [redacted] 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 12000
30. How much have you paid this month in other professional fees?    $ 0
31. How much have you paid in total other professional fees since filing the case? **Ch. 11.**    $ 12000

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected<br>*Copy lines 35-37 from the previous month's report.* | − | Column B<br>Actual<br>*Copy lines 20-22 of this report.* | = | Column C<br>Difference<br>*Subtract Column B from Column A.* | |
|---|---|---|---|---|---|---|
| 32. Cash receipts | $ ___ | − | $ ___ | = | $ ___ | N/A |
| 33. Cash disbursements | $ ___ | − | $ ___ | = | $ ___ | |
| 34. Net cash flow | $ ___ | − | $ ___ | = | $ ___ | |

35. Total projected cash receipts for the next month:    $ ___
36. Total projected cash disbursements for the next month:    − $ ___
37. Total projected net cash flow for the next month:    = $ ___

Debtor Name *CHRISTOPHE SHOFFNER*    Case number *17-23194 JAD*

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [x] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.  *N/A*

- [ ] 41. Budget, projection, or forecast reports.  *N/A*

- [ ] 42. Project, job costing, or work-in-progress reports.  *N/A*

Case 17-23194-JAD    Doc 114    Filed 04/22/19    Entered 04/22/19 11:11:31    Desc Main
Document    Page 5 of 9

Shoffner mor summary

## EXHIBIT "D"

|  | January, 2019 | February 2019 | March, 2019 |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| Household (HH) | 4,956.04 | 10,562.61 | 3,158.83 |  |  |  |
| Auto (AE) | 482.52 | 9,575.03 | 8,557.04 |  |  |  |
| Insurance (I) | 200.00 | 0 | 1,096.90 |  |  |  |
| Professional (P) | 12,000.00 | 0 | 0 |  |  |  |
| Bank fees (BF) | 12.45 | 0 | 0 |  |  |  |
| Misc. (M) | 200.00 | 0 | 0 |  |  |  |
| Horse exp (HE) | 4,012.99 | 2,422.00 | 3,309.44 |  |  |  |
| Apt. Rent (R) | 3,200.00 | 0 | 0 |  |  |  |
| Utilities (U) | 510.97 | 962.73 | 1,262.98 |  |  |  |
| Bus. Expenses (BE) | 0 | 2,356.44 | 2,826.00 |  |  |  |
| Taxes | 0 | 0 | 173.20 |  |  |  |
| Medical | 0 | 0 | 1,284.00 |  |  |  |
|  | 0 | 0 | 0 |  |  |  |
|  | 25,574.97 | 25,878.81 | 21668.39 |  |  |  |

MOR Income and expenses identification form Shoffner    Month March 2019
*Number each line entry on the bank statement (debits and credits)

| Line Item* | Money Out (expenses) | Money In (deposits) | Explain reason for deposits or expense | Code |
|---|---|---|---|---|
| 1 | 10.00 | 0 | CAR WASH | AE |
| 2 | 10.00 | 0 | CAR WASH | AE |
| 3 | 5.00 | 0 | CAR WASH | AE |
| 4 | 326.94 | 0 | GROCERIES | HH |
| 5 | 35.00 | 0 | TOLLS | AE |
| 6 | .99 | 0 | MUSIC | HH |
| 7 | 63.96 | 0 | MONTHLY SUBSCRIPTION APPLE | HH |
| 8 | 167.59 | 0 | LAND. TAXES | TX |
| 9 | 5.61 | 0 | TAXES | TX |
| 10 | 39.99 | 0 | COAT | HH |
| 11 |  | 11788.00 | INVOICE PAID IN. |  |
| 12 | 177.49 | 0 | FOOD | HH |
| 13 | 1096.90 | 0 | INSURANCE Premium | I |
| 14 |  | 6,348.92 | Settlement From Geico |  |
| 15 | 275.50 | 0 | CABLE BILL | U |
| 16 | 100.00 | 0 | Fuel | AE |
| 17 | 1500.00 | 0 | CASH (CARD WAS STOLEN) | HH |
| 18 | 25.70 | 0 | MAIL FEES (TO Gary Short) | HH |
| 19 | 254.96 | 0 | Phone BILL | U |
| 20 | 64.24 | 0 | FOOD | HH |
| 21 | 18.34 | 0 | FOOD | HH |
| 22 | 35.00 | 0 | TOLLS | AE |
| 23 | 50.00 | 0 | Money TO Son IN College | HH |
| 24 | 111.95 | 0 | MOTOR OIL | AE |
| 25 |  | 10104.00 | INVOICE PAID IN |  |
| 26 | 1.79 | 0 | MUSIC | HH |
| 27 | 39.39 | 0 | FOOD | HH |
| 28 | 4.00 | 0 | CAR WASH | AE |

| 29 | 1284.00 | 0 | Dentist (Replace Crown) | M |
|----|---------|---|-------------------------|----|
| 30 | 4,660.00 | 0 | Tractor Parts | AE |
| 31 | 409.44 | 0 | Hay | HE |
| 32 | 2826.00 | 0 | Tuition For A.B. University | BE |
| 33 | 1900.00 | 0 | Horse Show Fees. | HE |
| 34 | 456.52 | 0 | Gas Bill | U |
| 35 | 276.00 | 0 | Cable Bill | U |
| 36 | 1000.00 | 0 | Cash For Horse Feed. | HE |
| 37 | 2106.09 | 0 | Nielson Ford - Truck Repairs | AE |
| 38 | 850.00 | 0 | Nielson Ford - Truck Repairs | AE |
| Total | 15,813.23 | 28,240.92 | | |

Explanation of disposition of the $5,800 in cash you were holding at end of February.

300 - Fuel                                           AE
550 - Groceries                                      HH
330 - Oil Change & Fuel Filters          _____ AE
300 - Gave to Son in College For Food. — H

$4,320.00 Cash in Hand.

| # | Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 1 | 03/01/2019 | 24177 POS PUR 02/28 09:47 FRANKFORD CAR BA AUGUSTA NJ 82624177 024177 ~7542 | $10.00 | | $9,712.67 |
| 2 | 03/01/2019 | 24169 POS PUR 02/28 09:58 FRANKFORD CAR BA AUGUSTA NJ 82624169 024169 ~7542 | $10.00 | | $9,702.67 |
| 3 | 03/01/2019 | 24185 POS PUR 02/28 09:20 FRANKFORD CAR BA AUGUSTA NJ 82624185 024185 ~7542 | $5.00 | | $9,697.67 |
| 4 | 03/05/2019 | 48930 PIN PUR 03/05 17:40 WM SUPERCENTER # TRIADELPHIA WV 50860007 6851~5411 | $326.94 | | $9,370.73 |
| 5 | 03/08/2019 | 6569 POS PUR 03/07 11:46 PTC EZ PASS AUTO 877-736-6727 PA 000 4160 006~4784 | $35.00 | | $9,335.73 |
| | 03/09/2019 | Balance Last Statement | | | $9,335.73 |
| 6 | 03/11/2019 | 70270 RECURRING 03/09 15:41 APL* ITUNES.COM/B 866-712-7753 CA 00000000 070~5734 | $0.99 | | $9,334.74 |
| 7 | 03/12/2019 | 25666 RECURRING 03/11 08:50 APL* ITUNES.COM/B 866-712-7753 CA 00000000 025~5734 | $63.96 | | $9,270.78 |
| 8 | 03/13/2019 | 57238 POS PUR 03/12 12:20 GREENE COUNTY TR 615-730-6367 TN LK146053 057~9311 | $167.59 | | $9,103.19 |
| 9 | 03/13/2019 | 12045 POS PUR 03/12 19:51 GREENE COUNTY TR 615-730-6367 TN LK161526 012~9311 | $5.61 | | $9,097.58 |
| 10 | 03/14/2019 | 5228 POS PUR 03/14 05:17 AMZN Mktp US* MW0 Amzn.com/bill WA 00000000 00~5942 | $39.99 | | $9,057.59 |
| 11 | 03/15/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $11,788.00 | $20,845.59 |
| 12 | 03/18/2019 | 0001 POS PUR 03/17 06:01 PIZZA HUT 030631 WHEELING WV 00005372 000001 ~5812 | $177.49 | | $20,668.10 |
| 13 | 03/18/2019 | GEICO GEICO PYMT UA9U0YVQRVBODDE | $1,096.90 | | $19,571.20 |
| 14 | 03/19/2019 | DEPOSIT | | $6,348.92 | $25,920.12 |
| 15 | 03/19/2019 | 61510 POS PUR 03/17 23:47 DISH NETWORK-ONE 800-333-3474 CO 00010001 061~4899 | $275.50 | | $25,644.62 |
| 16 | 03/19/2019 | 65038 POS PUR 03/18 03:19 MARATHON PETRO14 TRIADELPHIA WV 01 065038 ~5542 | $100.00 | | $25,544.62 |
| 17 | 03/19/2019 | CHECK # 117 | $1,500.00 | | $24,044.62 |

Account Activity (continued)

| # | Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 18 | 03/20/2019 | 318535 PIN PUR 03/20 09:47 USPS PO 33585013 NEWTON NJ 99999999 318535 ~9402 | $25.70 | | $24,018.92 |
| 19 | 03/21/2019 | 63089 POS PUR 03/19 16:54 VERIZON WRL MY A 800-9220204 CA 36707878 0630~4814 | $254.96 | | $23,763.96 |
| 20 | 03/21/2019 | 32393 POS PUR 03/19 03:49 O REILLY'S PUB & NEWTON NJ 00000000 032393 ~5812 | $64.24 | | $23,699.72 |
| 21 | 03/21/2019 | 22961 POS PUR 03/20 17:22 CESCOS PIZZERIA NEWTON NJ 01663284 022961 ~5812 | $18.34 | | $23,681.38 |
| 22 | 03/21/2019 | 9635 POS PUR 03/20 13:34 PTC EZ PASS AUTO 877-736-6727 PA 000 4160 009~4784 | $35.00 | | $23,646.38 |
| 23 | 03/21/2019 | 24069 POS PUR 03/20 16:02 APPLE PAY - SENT 877-233-8552 CA 00000738 024~4829 | $50.00 | | $23,596.38 |
| 24 | 03/21/2019 | 541464 PIN PUR 03/20 18:03 TRACTOR SUPPLY C BLAIRSTOWN NJ 99999999 54146~5599 | $111.95 | | $23,484.43 |
| 25 | 03/22/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $10,104.00 | $33,588.43 |
| 26 | 03/22/2019 | 97176 POS PUR 03/21 19:04 APL* ITUNES.COM/ 866-712-7753 CA 00000000 097~5735 | $1.79 | | $33,586.64 |
| 27 | 03/22/2019 | 98143 POS PUR 03/21 08:14 FRIENDLY ICE CRE NEWTON NJ LK573816 098143 ~5814 | $39.39 | | $33,547.25 |
| 28 | 03/22/2019 | 42038 POS PUR 03/21 22:29 FRANKFORD CAR BA AUGUSTA NJ 41442038 042038 ~7542 | $4.00 | | $33,543.25 |
| 29 | 03/22/2019 | CHECK # 120 | $1,284.00 | | $32,259.25 |
| 30 | 03/25/2019 | CHECK # 118 | $4,660.00 | | $27,599.25 |
| 31 | 03/25/2019 | CHECK # 119 | $409.44 | | $27,189.81 |
| 32 | 03/27/2019 | CHECK # 121 | $2,826.00 | | $24,363.81 |
| 33 | 03/27/2019 | CHECK # 122 | $1,900.00 | | $22,463.81 |
| 34 | 03/27/2019 | PEOPLESGAS PeoplesGas 210001808505 | $456.52 | | $22,007.29 |
| 35 | 03/27/2019 | DISH NETWORK DISH NTWRK 0390184036 SPA | $276.00 | | $21,731.29 |
| 36 | 03/28/2019 | CHECK # 125 | $1,000.00 | | $20,731.29 |
| 37 | 03/29/2019 | CHECK # 124 | $2,106.09 | | $18,625.20 |
| 38 | 03/29/2019 | CHECK # 123 | $850.00 | | $17,775.20 |

MOR CS and cover letter shoffner

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 17-23194 JAD** |
| | ) | |
| **Christopher C. Shoffner,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | Document No. |

<u>**Certificate of Service**</u>

I, Gary W. Short, certify under penalty of perjury that on __4/22__, 2019 I served the:

| | | |
|---|---|---|
| ☐ | Jan. | 2019 Monthly Operating Report |
| ☐ | Feb. | 2019 Monthly Operating Report |
| ☑ | March | 2019 Monthly Operating Report |
| ☐ | April | 2019 Monthly Operating Report |
| ☐ | May | 2019 Monthly Operating Report |
| ☐ | June | 2019 Monthly Operating Report |
| ☐ | July | 2019 Monthly Operating Report |
| ☐ | August | 2019 Monthly Operating Report |
| ☐ | Sept. | 2019 Monthly Operating Report |
| ☐ | Oct. | 2019 Monthly Operating Report |
| ☐ | Nov. | 2019 Monthly Operating Report |
| ☐ | Dec. | 2019 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA    15222

Dated: __4/22/19__

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mailgaryshortlegal@gmail.com