IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 17-23194-JAD |
|---|---|
| CHRISTOPHER SHOFFNER, | Chapter 11 |
| Debtor(s) | |

### NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF RICE & ASSOCIATES LAW FIRM

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Rice & Associates Law Firm, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

Rice & Associates Law Firm.

By: /s/ David A Rice
David A Rice, Esq.
PA I.D. # 50329
ricelaw1@verizon.net

15 West Beau Street, Washington, PA 15301
724-225-7270

Attorney for Creditor, Rice & Associates Law Firm

Dated: April 30, 2019