

U.S. Department of Justice

Office of the United States Trustee

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*     *(412) 644-4756*
*Pittsburgh, PA  15222*     *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Christopher Chad Shoffner,     CASE NO. 17-23194-JAD

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **convened** on May 15, 2019 and closed.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3

By: /s/ Larry Wahlquist
    Larry Wahlquist
    Trial Attorney
    Presiding Officer
    Larry.E.Wahlquist@usdoj.gov

Date: May 15, 2019