**Fill in this information to identify the case:**

Debtor Name __Christopher C. Shoffner__

United States Bankruptcy Court for the: __Western__ District of __PA__

Case number: __17-23194 JAD__

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __April, 2019__   Date report filed: __05/29/19__ (MM/DD/YYYY)

Line of business: __Oil and gas production super.__   NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Christopher C. Shoffner__

Original signature of responsible party: __[signature]__

Printed name of responsible party: __Chad Shoffner__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☒ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☒ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?     ☐ ☒ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $17,260.48

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $33,576.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    -$14,905.66

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    +$18,670.34

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    =$35,950.82
    + 494.73
    ─────────
    36,445.55

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $186,826

    *(Exhibit E)*

    IRS 2017/2018 inc. taxes (est.)

Debtor Name _____    Case number_____

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before and after you filed bankruptcy. Label it Exhibit F. Identify who owes you money, how much is owed, and when payment is due. Report the total from Exhibit F here.

25. Total receivables    $ 0

    (Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?    0
27. What is the number of employees as of the date of this monthly report?    _____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 12,000
30. How much have you paid this month in other professional fees?    $ 5,000 *
31. How much have you paid in total other professional fees since filing the case?    $ 17,000

\* Retainer for divorce counsel.

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. | N/A |
|---|---|---|---|---|---|---|
| 32. Cash receipts | $ _____ | − | $ _____ | = | $ _____ |  |
| 33. Cash disbursements | $ _____ | − | $ _____ | = | $ _____ |  |
| 34. Net cash flow | $ _____ | − | $ _____ | = | $ _____ |  |

35. Total projected cash receipts for the next month:    $ _____
36. Total projected cash disbursements for the next month:    − $ _____
37. Total projected net cash flow for the next month:    = $ _____

Debtor Name _____    Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.  N/A
- [ ] 41. Budget, projection, or forecast reports.  N/A
- [ ] 42. Project, job costing, or work-in-progress reports.  N/A

MOR income and expenses identification form Shoffner    Month April 2019
*Number each line entry on the bank statement (debits and credits)

Check Book Expenditures

| Line Item* | Money Out (expenses) | Money In (deposits) | Explain reason for deposits or expense | Code |
|---|---|---|---|---|
| 1 | 247.36 | 0 | Food | HH |
| 2 | 12.76 | 0 | Food | HH |
| 3 | 300.00 | 0 | Cash for children | HH |
| 4 | 2.75 | 0 | ATM fee | BF |
| 5 | 17.03 | 0 | Vehicle maintenance | AE |
| 6 | 35.00 | 0 | Tolls | AE |
| 7 | 38.60 | 0 | Food | HH |
| 8 | 362.81 | 0 | Food | HH |
| 9 | 30.25 | 0 | Food | HH |
| 10 | 2,433.00 | 0 | Horse shoe fees | HE |
| 11 | 1,675.00 | 0 | Apartment Rent | Rent |
| 12 | 0 | 10,000.00 |  | 0 |
| 13 | 132.08 | 0 | Groceries | BE |
| 14 | 75.00 | 0 | Fuel | AE |
| 15 | 34.71 | 0 | XM Radio | HH |
| 16 | 75.00 | 0 | Fuel | AE |
| 17 | 9.99 | 0 | Music | HH |
| 18 | .99 | 0 | Music | HH |
| 19 | 116.17 | 0 | Office supplies | BE |
| 20 | 2.50 | 0 | ATM fee | BF |
| 21 | 300.00 | 0 | Cash for college child | HH |
| 22 | 2.75 | 0 | ATM Fee | BF |
| 23 | 34.92 | 0 | XM Radio | HH |
| 24 | 100.00 | 0 | Food | HH |
| 25 | 1.00 | 0 | Fee | HH |
| 26 | 0 | 11,788.00 |  | 0 |
| 27 | 63.96 | 0 | Entertainment | HH |
| 28 | 24.95 | 0 | Taxes | BE |

| | | | | |
|---|---|---|---|---|
| 29 | 1,096.90 | 0 | Insurance | I |
| 30 | 199.00 | 0 | Doctor fees | ME |
| 31 | 122.69 | 0 | Oil change | AE |
| 32 | 36.35 | 0 | Fuel | AE |
| 33 | 34.60 | 0 | Food | HH |
| 35 | 37.03 | 0 | Food | HH |
| 36 | 251.00 | 0 | Dentist | ME |
| 37 | 130.69 | 0 | Clothing | HH |
| 38 | 0 | 11,788.00 | | 0 |
| 39 | 35.00 | 0 | Tolls | BE |
| 40 | 26.00 | 0 | Food | HH |
| 41 | 5,000 | 0 | Retainer for divorce lawyer | PF |
| 42 | 40.62 | 0 | Fuel | AE |
| 43 | 65.75 | 0 | Fuel | AE |
| 44 | 9.99 | 0 | Music | HH |
| 45 | 86.80 | 0 | Food | HH |
| 46 | 42.63 | 0 | Food | HH |
| 47 | 25.86 | 0 | Food | HH |
| 48 | 200.00 | 0 | Fuel | AE |
| 49 | 21.65 | 0 | Laundry | HH |
| 50 | 75.00 | 0 | Fuel | AE |
| 51 | 24.30 | 0 | Food | HH |
| 52 | 19.13 | 0 | Food | HH |
| 53 | 10.50 | 0 | Tractor parts | BE |
| 54 | 138.08 | 0 | Food | HH |
| 55 | 20.85 | 0 | Food | HH |
| 56 | 37.15 | 0 | Food | HH |
| 57 | 107.14 | 0 | Fuel | AE |
| 58 | 23.37 | 0 | Fuel | AE |
| 59 | 719.00 | 0 | Horse show fees | HE |
| 60 | 140.00 | 0 | Hay for horses | HE |
| | 14,905.66 | 33,576 | | |

## Cash Expenditures

| | | | | |
|---|---|---|---|---|
| AE | 872.95 | | Auto Expenses | |
| HH | 2192.11 | | Household | |
| I | 1,096.90 | | Insurance | |
| BF | 8.00 | | Bank fees | |
| HE | 3,292.00 | | Horse expenses | |
| BE | 318.70 | | Business expenses | |
| M | 450.00 | | Medical fees | |
| PF | 5,000 | | Professional fees | |
| Rent | 1,675 | | Apartment rent | |
| | 14,905.66 | | | |
| | | | | |

| # | Date | Description | Amount | Deposit | Balance |
|---|------|-------------|--------|---------|---------|
| 1 | 04/01/2019 | 51654 POS PUR 03/30 21:20 THE SILO - NY GREENE NY 34551654 051654 ~5812 | $247.36 | | $17,527.84 |
| 2 | 04/01/2019 | 10229 POS PUR 03/29 18:32 DUNKIN #354008 NEW MILFORD PA 3540001 010229 ~5814 | $12.76 | | $17,515.08 |
| 3 | 04/01/2019 | 0511 ATM WTD 04/01 16:44 FIRST HOPE NEWTON NJ CP301145 000511 ~6011 | $300.00 | | $17,215.08 |
| 4 | 04/01/2019 | FEE FOR ATM WTD 04/01 16:44 FIRST HOPE NEWTON NJ CP301145 000511 ~6011 | $2.75 | | $17,212.33 |
| 5 | 04/02/2019 | 6305 POS PUR 04/01 13:19 AUTOZONE 6753 NEWTON NJ 00000000 006305 ~5533 | $17.03 | | $17,195.30 |
| 6 | 04/02/2019 | 1605 POS PUR 04/01 15:37 PTC EZ PASS CSC state.pa.us PA 00000824 00160~4784 | $35.00 | | $17,160.30 |
| 7 | 04/02/2019 | 60975 POS PUR 04/01 02:10 KATHYS RESTAURAN NEWTON NJ 79360975 060975 ~5812 | $38.60 | | $17,121.70 |
| 8 | 04/02/2019 | 163468 PIN PUR 04/02 16:15 Wal-Mart Super C TRIADELPHIA WV 50880006 9092~5411 | $362.81 | | $16,758.89 |
| 9 | 04/02/2019 | 41281 POS PUR 04/02 16:28 WENDYS 316 TRIADELPHIA WV 33717008 246405 ~5814 | $30.25 | | $16,728.64 |
| 10 | 04/02/2019 | CHECK # 127 | $2,433.00 | | $14,295.64 |
| 11 | 04/02/2019 | CHECK # 128 | $1,675.00 | | $12,620.64 |
| 12 | 04/03/2019 | NEW TECH GLOBAL PAYMENTJNL-V-103732 | | $10,000.00 | $22,620.64 |
| 13 | 04/03/2019 | 52746 POS PUR 04/02 15:19 GUMBY'S DALLAS P VALLEY GROVE WV 48552746 052~5499 | $132.08 | | $22,488.56 |
| 14 | 04/04/2019 | 34491 POS PUR 04/02 07:42 QUICK CHEK CORPO BELVIDERE NJ 1 034491 ~5542 | $75.00 | | $22,413.56 |
| 15 | 04/04/2019 | 56818 RECURRING 04/04 16:32 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 056~4899 | $34.71 | | $22,378.85 |
| 16 | 04/04/2019 | 34488 POS PUR 04/02 07:39 QUICK CHEK CORPO BELVIDERE NJ 1 034488 ~5542 | $75.00 | | $22,303.85 |
| 17 | 04/08/2019 | 42988 RECURRING 04/07 00:45 APL* ITUNES.COM/B 866-712-7753 CA 00000000 042~5735 | $9.99 | | $22,293.86 |
| 18 | 04/08/2019 | 25975 RECURRING 04/07 05:51 APL* ITUNES.COM/B 866-712-7753 CA 00000000 025~5735 | $0.99 | | $22,292.87 |
| 19 | 04/08/2019 | 69125 POS PUR 04/08 15:55 AMZN Mktp US* MW1 Amzn.com/bill WA 00000000 06~5942 | $116.17 | | $22,176.70 |
| 20 | 04/09/2019 | SURCHARGE FEE 910450 ATM WTD 04/09 16:15 WALMART 2604 NEWTON NJ SR002251 909800 | $2.50 | | $22,174.20 |
| 21 | 04/09/2019 | 910450 ATM WTD 04/09 16:15 WALMART 2604 NEWTON NJ SR002251 909800910450 ~6011 | $300.00 | | $21,874.20 |
| 22 | 04/09/2019 | FEE FOR ATM WTD 04/09 16:15 WALMART 2604 NEWTON NJ SR002251 909800910450 ~6011 | $2.75 | | $21,871.45 |
| 23 | 04/10/2019 | 82895 RECURRING 04/10 11:19 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 082~4899 | $34.92 | | $21,836.53 |
| 24 | 04/11/2019 | 37048 POS PUR 04/10 02:48 APPLE PAY 877-233-8552 CA 00000778 037048 ~4829 | $100.00 | | $21,736.53 |
| 25 | 04/11/2019 | 37142 POS PUR 04/10 02:05 APPLE PAY 877-233-8552 CA 00000778 037142 ~4829 | $1.00 | | $21,735.53 |
| 26 | 04/12/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $11,788.00 | $33,523.53 |
| 27 | 04/12/2019 | 99991 RECURRING 04/11 05:50 APL* ITUNES.COM/B 866-712-7753 CA 00000000 099~5735 | $63.96 | | $33,459.57 |
| 28 | 04/15/2019 | 63608 POS PUR 04/14 03:31 E.FILE-TAX.NET 8006300780 NC 00000000 063608 ~7276 | $24.95 | | $33,434.62 |
| 29 | 04/15/2019 | GEICO PREM COLL 1A9U0YVQRVBOE E | $1,096.90 | | $32,337.72 |
| 30 | 04/17/2019 | 83641 PIN PUR 04/17 14:31 BRETT W. GOLDSMI BLAIRSTOWN NJ 05870764 08364~8021 | $199.00 | | $32,138.72 |
| 31 | 04/17/2019 | 798285 PIN PUR 04/17 15:45 XPRESS LUBE - NE NEWTON NJ LK863101 798285 ~7549 | $122.69 | | $32,016.03 |
| 32 | 04/17/2019 | 308819 PIN PUR 04/16 18:00 SUNOCO 007669980 BEDFORD PA 41788901 308819 ~5541 | $36.35 | | $31,979.68 |
| 33 | 04/18/2019 | 10170 POS PUR 04/17 07:55 KATHYS RESTAURAN NEWTON NJ 44010170 010170 ~5812 | $34.60 | | $31,945.08 |

| # | Date | Description | Debit | Credit | Balance |
|---|------|-------------|-------|--------|---------|
| 35 | 04/18/2019 | 55219 POS PUR 04/17 10:31 SMOKE AND STEER ROCKAWAY NJ 19261844 055219 ~5812 | $37.03 | | $31,908.05 |
| 36 | 04/18/2019 | 114635 PIN PUR 04/18 11:15 BRETT W. GOLDSMI BLAIRSTOWN NJ 05870764 11463~8021 | $251.00 | | $31,657.05 |
| 37 | 04/18/2019 | 806231 PIN PUR 04/17 20:19 VICTORIA'S SECRE ROCKAWAY NJ 44072001 806231 ~5621 | $130.69 | | $31,526.36 |
| 38 | 04/19/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $11,788.00 | $43,314.36 |
| 39 | 04/19/2019 | 19878 POS PUR 04/18 02:14 PTC EZ PASS AUTO 877-736-6727 PA 000 4160 019~4784 | $35.00 | | $43,279.36 |
| 40 | 04/19/2019 | 10366 POS PUR 04/18 16:28 KATHYS RESTAURAN NEWTON NJ 43710366 010366 ~5812 | $26.00 | | $43,253.36 |
| 41 | 04/19/2019 | CHECK # 111 | $5,000.00 | | $38,253.36 |
| 42 | 04/22/2019 | 18560 POS PUR 04/19 22:46 GO MART #44 SUTTON WV 1 018560 ~5542 | $40.62 | | $38,212.74 |
| 43 | 04/23/2019 | 82830 POS PUR 04/21 05:19 QUICK CHEK CORPO BELVIDERE NJ 1 082830 ~5542 | $65.75 | | $38,146.99 |
| 44 | 04/24/2019 | 60944 RECURRING 04/24 22:55 APL* ITUNES.COM/B 866-712-7753 CA 00000000 060~5735 | $9.99 | | $38,137.00 |
| 45 | 04/25/2019 | 31401 PIN PUR 04/25 12:23 WAL-MART #2604 NEWTON NJ 26040008 077839 ~5310 | $86.80 | | $38,050.20 |
| 46 | 04/25/2019 | 831099 PIN PUR 04/25 12:38 SHOPRITE WINES A NEWTON NJ 99999999 831099 ~5921 | $42.63 | | $38,007.57 |
| 47 | 04/26/2019 | 7055 POS PUR 04/25 16:31 KATHYS RESTAURAN NEWTON NJ 42407055 007055 ~5812 | $25.86 | | $37,981.71 |
| 48 | 04/26/2019 | 72499 POS PUR 04/24 23:04 SMITH AUTOMOTIVE BLAIRSTOWN NJ 1 072499 ~5541 | $200.00 | | $37,781.71 |
| 49 | 04/29/2019 | 83296 POS PUR 04/25 06:20 LYNN DRY CLEANER NEWTON NJ 50921004 083296 ~7216 | $21.65 | | $37,760.06 |
| 50 | 04/29/2019 | 0768 POS PUR 04/25 08:57 SMITH AUTOMOTIVE BLAIRSTOWN NJ 1 000768 ~5542 | $75.00 | | $37,685.06 |
| 51 | 04/29/2019 | 26917 POS PUR 04/26 14:34 BINGHAMS FAMILY KINGSLEY PA 46949819 026917 ~5812 | $24.30 | | $37,660.76 |
| 52 | 04/29/2019 | 27986 POS PUR 04/26 13:52 SQ * CHINA HOUSE NORWICH NY 00000000 027986 ~5812 | $19.13 | | $37,641.63 |
| 53 | 04/29/2019 | 86938 POS PUR 04/27 16:14 SMITH TRACTOR AN WASHINGTON NJ 15886938 08693~5511 | $10.50 | | $37,631.13 |
| 54 | 04/29/2019 | 38471 POS PUR 04/27 09:24 FRED'S INN RESTA NORWICH NY 00000000 038471 ~5812 | $138.08 | | $37,493.05 |
| 55 | 04/29/2019 | 523101 POS PUR 04/26 21:24 MCDONALD'S F3266 NORWICH NY 50260907 523101 ~5814 | $20.85 | | $37,472.20 |
| 56 | 04/30/2019 | 33211 POS PUR 04/29 12:02 FREDON DELI NEWTON NJ 00000000 033211 ~5812 | $37.14 | | $37,435.06 |
| 57 | 04/30/2019 | 34354 POS PUR 04/29 19:53 LOVES COUNTRY 00 HAMBURG PA 009 034354 ~5542 | $107.14 | | $37,327.92 |
| 58 | 04/30/2019 | 51818 PIN PUR 04/30 12:19 QUICK CHEK CORPO BELVIDERE NJ 16385401 051818~5541 | $23.37 | | $37,304.55 |
| 59 | 04/30/2019 | CHECK # 130 | $719.00 | | $36,585.55 |
| 60 | 04/30/2019 | CHECK # 131 | $140.00 | | $36,445.55 |

MOR CS and cover letter shoffner

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 17-23194 JAD** |
| | ) | |
| **Christopher C. Shoffner,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | Document No. |

### Certificate of Service

I, Gary W. Short, certify under penalty of perjury that on **5/29**, 2019 I served the:

| | | |
|---|---|---|
| ☐ | Jan. | 2019 Monthly Operating Report |
| ☐ | Feb. | 2019 Monthly Operating Report |
| ☐ | March | 2019 Monthly Operating Report |
| ☒ | April | 2019 Monthly Operating Report |
| ☐ | May | 2019 Monthly Operating Report |
| ☐ | June | 2019 Monthly Operating Report |
| ☐ | July | 2019 Monthly Operating Report |
| ☐ | August | 2019 Monthly Operating Report |
| ☐ | Sept. | 2019 Monthly Operating Report |
| ☐ | Oct. | 2019 Monthly Operating Report |
| ☐ | Nov. | 2019 Monthly Operating Report |
| ☐ | Dec. | 2019 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: **5/29/19**

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com