**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-23194 JAD |
| CHRISTOPHER C. SHOFFNER, | ) | CHAPTER 11 |
| DEBTOR, | ) | DOCUMENT NO. |
| CHRISTOPHER C. SHOFFNER, | ) | |
| MOVANT, | ) | HEARING DATE AND TIME: |
| VS. | ) | JULY 2 2019 AT 10:00 A.M. |
| NO RESPONDENTS, | ) | RESPONSES DUE: JUNE 18, 2019 |
| RESPONDENT. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND EXCLUSIVITY PERIOD TO FILE A PLAN**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's **MOTION TO EXTEND EXCLUSIVITY PERIOD TO FILE A PLAN** ("Motion") which was filed on May 30, 2019, have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 18, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 19, 2019            /s/ Gary W. Short
                                Gary W. Short, Esquire    Pa. I.D. No. 36794
                                212 Windgap Road, Pittsburgh, PA 15237
                                Tele. (412) 765-0100 / Fax (412) 536-3977
                                E-mail garyshortlegal@gmail.com
                                Counsel for the Debtor