**Fill in this information to identify the case:**

Debtor Name __Christopher C. Shoffner__

United States Bankruptcy Court for the: __Western__ District of __PA__

Case number: __17-23194 JAD__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: **May, 2019**                    Date report filed: **07/8/2019**
                                                                            MM / DD / YYYY

Line of business: *Oil and Gas Well installation manager*   NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                   *Christopher C. Shoffner*

Original signature of responsible party   *[signature]*

Printed name of responsible party   *Christopher C. Shoffner*

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _Christopher Shoffner_        Case number _17-23194. JAD_

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☒ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 36445.55

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 23576

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

-$ 34229.15

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

(-$ 10653.15)

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 25,788.73

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ 186,826

*(Exhibit E)*

IRS 2017/2018 income taxes (est.)

Debtor Name *Christopher Shoffner*        Case number *17-23194-JAD*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ 0

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                            0

27. What is the number of employees as of the date of this monthly report?               _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ 10,000

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 22,000

30. How much have you paid this month in other professional fees?                                      $ 0

31. How much have you paid in total other professional fees since filing the case?                    $ 5000 *

## * DIVORCE COUNSEL

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | | Column B<br>Actual<br>Copy lines 20-22 of this report. | | Column C<br>Difference<br>Subtract Column B from Column A. | |
|---|---|---|---|---|---|---|
| 32. Cash receipts | $ _____ | – | $ _____ | = | $ _____ | N/A |
| 33. Cash disbursements | $ _____ | – | $ _____ | = | $ _____ | |
| 34. Net cash flow | $ _____ | – | $ _____ | = | $ _____ | |

35. Total projected cash receipts for the next month:                        $ _____

36. Total projected cash disbursements for the next month:                  - $ _____

37. Total projected net cash flow for the next month:                       = $ _____

Debtor Name _Christopher Shoffner_        Case number _17-23194 JAD_

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

MOR income and expenses identification form Shoffner      Month May 2019
*Number each line entry on the bank statement (debits and credits)

Check Book Expenditures

| Line Item* | Money Out (expenses) | Money In (deposits) | Explain reason for deposits or expense | Code |
|---|---|---|---|---|
| 1 | 50.00 | 0 | Fuel | AE |
| 2 | 132.00 | 0 | Vehicle renewal plates | AE |
| 3 | 49.82 | 0 | Groceries | HH |
| 4 | 15.45 | 0 | Food | HH |
| 5 | 132.08 | 0 | Groceries | HH |
| 6 | 60.00 | 0 | Tolls | BE |
| 7 | 488.64 | 0 | Parts for truck | AE |
| 8 | 100.00 | 0 | Fuel | AE |
| 9 | 100.00 | 0 | Fuel | AE |
| 10 | 48.73 | 0 | Food | HH |
| 11 | .99 | 0 | Entertainment | HH |
| 12 | 4,650.00 | 0 | Furniture for new house | HH |
| 13 | 20.00 | 0 | Food | HH |
| 14 | 0 | 11,788.00 | Invoice In | |
| 15 | 1.95 | 0 | Gas bill charge | AE |
| 16 | 34.82 | 0 | Music | HH |
| 17 | 132.48 | 0 | Gas bill | AE |
| 18 | 130.28 | 0 | Food | HH |
| 19 | 63.96 | 0 | Entertainment | HH |
| 20 | 167.12 | 0 | Groceries | HH |
| 21 | 66.28 | 0 | Groceries | HH |
| 22 | 1.00 | 0 | Fee | BF |
| 23 | 1,000.00 | 0 | Books for child's college | COL |
| 24 | 147.03 | 0 | Groceries | HH |
| 25 | 10.45 | 0 | Food | HH |
| 26 | 1096.90 | 0 | Insurance | I |
| 27 | 211.68 | 0 | Motel for work | BE |
| 28 | 100.00 | 0 | Fuel | AE |

| 29 | -100.00 | 0 | Fuel | AE |
|----|---------|---|------|-----|
| 30 | 13.00 | 0 | Parking for court hearing | HH |
| 31 | 330.58 | 0 | Clothes | HH |
| 32 | 132.08 | 0 | Groceries | HH |
| 33 | 49.74 | 0 | Food | HH |
| 34 | 82.58 | 0 | Cleaning supplies | HH |
| 35 | 0 | 11,788.00 | Invoice In | |
| 36 | 31.67 | 0 | Food | HH |
| 37 | 15.55 | 0 | Food | HH |
| 38 | 50.34 | 0 | Food | HH |
| 39 | 3.95 | 0 | ATM fee | BF |
| 40 | 250.01 | 0 | Fuel | AE |
| 41 | 11.92 | 0 | Food | HH |
| 42 | 21.05 | 0 | Food | HH |
| 43 | 51.48 | 0 | Food | HH |
| 44 | 117.54 | 0 | Food | HH |
| 45 | 1156.81 | 0 | Stall mats for horses | HE |
| 46 | 385.00 | 0 | Clothes | HH |
| 47 | 300.00 | 0 | Cash for food and entertainment | HH |
| 48 | 117.00 | 0 | Boots-work | BE |
| 49 | 1961.00 | 0 | Horse show fees | HE |
| 50 | 2.75 | 0 | ATM fee | BF |
| 51 | 8.61 | 0 | Coffee | HH |
| 52 | 617.94 | 0 | Home supplies | HH |
| 53 | 5.56 | 0 | Gas for lawnmower | HH |
| 54 | 19.26 | 0 | Food | HH |
| 55 | 57.24 | 0 | Lamps | HH |
| 56 | 366.70 | 0 | Chains & binders to move | HH |
| 56 | 3.75 | 0 | ATM fee | BF |
| 58 | 13.74 | 0 | Food | HH |
| 59 | 597.77 | 0 | Horse feed | HE |
| 60 | 500.00 | 0 | Cash for moving helpers | HH |

| 61 | 240.00 | 0 | Horse's shoed | HE |
|----|--------|---|---------------|----|
| 62 | 2.75 | 0 | ATM fee | BF |
| 63 | 12.99 | 0 | Food | HH |
| 64 | 6.25 | 0 | Car wash | HH |
| 65 | 85.20 | 0 | Work jeans (F.R.) | BE |
| 66 | 86.29 | 0 | Bottle of wine | HH |
| 67 | 100.00 | 0 | Fuel | AE |
| 68 | 60.00 | 0 | Tolls | BE |
| 69 | 542.31 | 0 | Groceries | HH |
| 70 | 100.00 | 0 | Fuel | AE |
| 71 | 9.99 | 0 | Music | HH |
| 72 | 10,000.00 | 0 | Gary Short Legal | AF |
| 73 | 0 | 0 | $15,000 trasferred to DIP Acct. | |
| 74 | 254.90 | 0 | Cell bill | HH |
| 75 | 19.45 | 0 | Food | HH |
| 76 | 872.32 | 0 | Lawn mower & grill | HH |
| 77 | 562.02 | 0 | Phone bill | HH |
| 78 | 50.93 | 0 | Fuel | AE |
| 79 | 657.20 | 0 | Saw dust for horses | HE |
| 80 | 140.00 | 0 | Sent son cash for food | COL |
| 81 | 11.43 | 0 | Food | HH |
| 82 | 14.65 | 0 | Food | HH |
| 83 | 2,813.00 | 0 | Boarding & horse show fees | HE |
| 84 | 132.08 | 0 | Groceries | HH |
| 85 | 238.00 | 0 | Fuel | AE |
| 86 | 60.00 | 0 | Tolls | BE |
| 87 | 112.00 | 0 | Work clothes | BE |
| | 0 | 0 | Account #7163 | |
| 1 | 12.00 | 0 | Bank fee | BF |
| 2 | 12.00 | 0 | Bank fee | BF |
| 3 | 12.00 | 0 | Bank fee | BF |
| 4 | 12.00 | 0 | Bank fee | BF |

| 5 | 0 | 0 | | |
|---|---|---|---|---|
| 6 | 470.42 | 0 | Food | HH |
| 7 | 12.40 | 0 | Food | HH |
| 8 | 124.34 | 0 | Food | HH |
| 9 | 3.95 | 0 | Bank fee | BF |
| | 34,229.15 | 23,576 | | |
| | | | | |

## Cash Expenditures

| AE | 1,944.01 | | Auto Expenses | |
|---|---|---|---|---|
| HH | 11,850.43 | | Household | |
| I | 1,096.90 | | Insurance | |
| BF | 66.15 | | Bank fees | |
| HE | 7,425.78 | | Horse expenses | |
| BE | 705.88 | | Business expenses | |
| M | 0 | | Medical fees | |
| PF | 10,000.00 | | Professional fees | |
| Rent | 0 | | Apartment rent | |
| COL | 1,140.00 | | | |
| | 34,229.15 | | | |

# First National Bank

**4140 E. State Street**
**Hermitage, PA 16148**

### Statement Ending 05/09/2019

CHRISTOPHER SHOFFNER                                   *Page 1 of 4*
Primary Account Number: 4314

ADDRESS SERVICE REQUESTED

CHRISTOPHER SHOFFNER
516 STATE ROUTE 94 S
FREDON NJ 07860-5026

## Managing Your Accounts



| | | |
|---|---|---|
| Online | www.fnb-online.com | |
| By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street<br>Hermitage, PA 16148 | |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | 4314 | $30,597.84 |

# FREESTYLE CHECKING - 4314

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/10/2019 | **Balance Last Statement** | **$21,871.45** |
| | 2 Credit(s) This Period | $23,576.00 |
| | 48 Debit(s) This Period | $14,849.61 |
| 05/09/2019 | **Balance This Statement** | **$30,597.84** |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/10/2019 | **Balance Last Statement** | | | **$21,871.45** |
| 04/10/2019 | 82895 RECURRING 04/10 11:19 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 082~4899 | $34.92 | | $21,836.53 |
| 04/11/2019 | 37048 POS PUR 04/10 02:48 APPLE PAY 877-233-8552 CA 00000778 037048 ~4829 | $100.00 | | $21,736.53 |
| 04/11/2019 | 37142 POS PUR 04/10 02:05 APPLE PAY 877-233-8552 CA 00000778 037142 ~4829 | $1.00 | | $21,735.53 |
| 04/12/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $11,788.00 | $33,523.53 |
| 04/12/2019 | 99991 RECURRING 04/11 05:50 APL* ITUNES.COM/B 866-712-7753 CA 00000000 099~5735 | $63.96 | | $33,459.57 |
| 04/15/2019 | 63608 POS PUR 04/14 03:31 E.FILE-TAX.NET 8006300780 NC 00000000 063608 ~7276 | $24.95 | | $33,434.62 |
| 04/15/2019 | GEICO PREM COLL 1A9U0YVQRVBOE E | $1,096.90 | | $32,337.72 |
| 04/17/2019 | 83641 PIN PUR 04/17 14:31 BRETT W. GOLDSMI BLAIRSTOWN NJ 05870764 08364~8021 | $199.00 | | $32,138.72 |
| 04/17/2019 | 798285 PIN PUR 04/17 15:45 XPRESS LUBE - NE NEWTON NJ LK863101 798285 ~7549 | $122.69 | | $32,016.03 |
| 04/17/2019 | 308819 PIN PUR 04/16 18:00 SUNOCO 007669980 BEDFORD PA 41788901 308819 ~5541 | $36.35 | | $31,979.68 |
| 04/18/2019 | 10170 POS PUR 04/17 07:55 KATHYS RESTAURAN NEWTON NJ 44010170 010170 ~5812 | $34.60 | | $31,945.08 |


Member FDIC
EQUAL HOUSING LENDER

## RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | |
|---|---|
| Date or Check Number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Checks Outstanding | |

### TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.                                                           $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.                                                              (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL   $ _____

**8** SUBTRACT checks and withdrawals outstanding.      (-)  $ _____

Your checkbook should show this balance. ................................. $ _____

---

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

### HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.

**First National Bank**

**Statement Ending 05/09/2019**

4140 E. State Street
Hermitage, PA 16148

CHRISTOPHER SHOFFNER
Primary Account Number: ████4314

Page 3 of 4

## FREESTYLE CHECKING - ████4314 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/18/2019 | 55219 POS PUR 04/17 10:31 SMOKE AND STEER ROCKAWAY NJ 19261844 055219 ~5812 | $37.03 | | $31,908.05 |
| 04/18/2019 | 114635 PIN PUR 04/18 11:15 BRETT W. GOLDSMI BLAIRSTOWN NJ 05870764 11463~8021 | $251.00 | | $31,657.05 |
| 04/18/2019 | 806231 PIN PUR 04/17 20:19 VICTORIA'S SECRE ROCKAWAY NJ 44072001 806231 ~5621 | $130.69 | | $31,526.36 |
| 04/19/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $11,788.00 | $43,314.36 |
| 04/19/2019 | 19878 POS PUR 04/18 02:14 PTC EZ PASS AUTO 877-736-6727 PA 000 4160 019~4784 | $35.00 | | $43,279.36 |
| 04/19/2019 | 10366 POS PUR 04/18 16:28 KATHYS RESTAURAN NEWTON NJ 43710366 010366 ~5812 | $26.00 | | $43,253.36 |
| 04/19/2019 | CHECK # 111 | $5,000.00 | | $38,253.36 |
| 04/22/2019 | 18560 POS PUR 04/19 22:46 GO MART #44 SUTTON WV 1 018560 ~5542 | $40.62 | | $38,212.74 |
| 04/23/2019 | 82830 POS PUR 04/21 05:19 QUICK CHEK CORPO BELVIDERE NJ 1 082830 ~5542 | $65.75 | | $38,146.99 |
| 04/24/2019 | 60944 RECURRING 04/24 22:55 APL* ITUNES.COM/B 866-712-7753 CA 00000000 060~5735 | $9.99 | | $38,137.00 |
| 04/25/2019 | 31401 PIN PUR 04/25 12:23 WAL-MART #2604 NEWTON NJ 26040008 077839 ~5310 | $86.80 | | $38,050.20 |
| 04/25/2019 | 831099 PIN PUR 04/25 12:38 SHOPRITE WINES A NEWTON NJ 99999999 831099 ~5921 | $42.63 | | $38,007.57 |
| 04/26/2019 | 7055 POS PUR 04/25 16:31 KATHYS RESTAURAN NEWTON NJ 42407055 007055 ~5812 | $25.86 | | $37,981.71 |
| 04/26/2019 | 72499 POS PUR 04/24 23:04 SMITH AUTOMOTIVE BLAIRSTOWN NJ 1 072499 ~5541 | $200.00 | | $37,781.71 |
| 04/29/2019 | 83296 POS PUR 04/25 06:20 LYNN DRY CLEANER NEWTON NJ 50921004 083296 ~7216 | $21.65 | | $37,760.06 |
| 04/29/2019 | 0768 POS PUR 04/25 08:57 SMITH AUTOMOTIVE BLAIRSTOWN NJ 1 000768 ~5542 | $75.00 | | $37,685.06 |
| 04/29/2019 | 26917 POS PUR 04/26 14:34 BINGHAMS FAMILY KINGSLEY PA 46949819 026917 ~5812 | $24.30 | | $37,660.76 |
| 04/29/2019 | 27986 POS PUR 04/26 13:52 SQ * CHINA HOUSE NORWICH NY 00000000 027986 ~5812 | $19.13 | | $37,641.63 |
| 04/29/2019 | 86938 POS PUR 04/27 16:14 SMITH TRACTOR AN WASHINGTON NJ 15886938 08693~5511 | $10.50 | | $37,631.13 |
| 04/29/2019 | 38471 POS PUR 04/27 09:24 FRED'S INN RESTA NORWICH NY 00000000 038471 ~5812 | $138.08 | | $37,493.05 |
| 04/29/2019 | 523101 POS PUR 04/26 21:24 MCDONALD'S F3266 NORWICH NY 50260907 523101 ~5814 | $20.85 | | $37,472.20 |
| 04/30/2019 | 33211 POS PUR 04/29 12:02 FREDON DELI NEWTON NJ 00000000 033211 ~5812 | $37.14 | | $37,435.06 |
| 04/30/2019 | 34354 POS PUR 04/29 19:53 LOVES COUNTRY 00 HAMBURG PA 009 034354 ~5542 | $107.14 | | $37,327.92 |
| 04/30/2019 | 51818 PIN PUR 04/30 12:19 QUICK CHEK CORPO BELVIDERE NJ 16385401 051818~5541 | $23.37 | | $37,304.55 |
| 04/30/2019 | CHECK # 130 | $719.00 | | $36,585.55 |
| 04/30/2019 | CHECK # 131 | $140.00 | | $36,445.55 |
| 05/01/2019 | 22711 POS PUR 04/30 23:08 APPLE PAY 877-233-8552 CA 00000721 022711 ~4829 | $50.00 | | $36,395.55 |
| 05/01/2019 | 63269 POS PUR 04/30 23:02 PA DRIVER & VEHI 717-412-5300 PA 00000000 063~9399 | $132.00 | | $36,263.55 |




CHRISTOPHER SHOFFNER                          4314              Statement Ending 05/09/2019                Page 4 of 4

# FREESTYLE CHECKING - 4314 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01/2019 | 823613 POS PUR 04/30 23:47 Wal-Mart Super C TRIADELPHIA WV 50880050 9121~5411 | $49.82 | | $36,213.73 |
| 05/01/2019 | 136838 POS PUR 04/30 22:43 MCDONALD'S F1710 BENTLEYVILLE PA 49889303 136~5814 | $15.45 | | $36,198.28 |
| 05/02/2019 | 61434 POS PUR 04/30 07:39 GUMBY'S DALLAS P VALLEY GROVE WV 48961434 061~5499 | $132.08 | | $36,066.20 |
| 05/02/2019 | 8602 POS PUR 05/01 13:11 PTC EZ PASS AUTO 877-736-6727 PA 000 4160 008~4784 | $60.00 | | $36,006.20 |
| 05/02/2019 | 14715 POS PUR 05/01 20:27 CRICKETS CB SHOP VALLEY GROVE WV 57314715 014~7531 | $488.64 | | $35,517.56 |
| 05/02/2019 | 41155 POS PUR 04/30 18:01 QUICK CHEK CORPO BELVIDERE NJ 1 041155 ~5542 | $100.00 | | $35,417.56 |
| 05/02/2019 | 41158 POS PUR 04/30 18:07 QUICK CHEK CORPO BELVIDERE NJ 1 041158 ~5542 | $100.00 | | $35,317.56 |
| 05/06/2019 | 0045 POS PUR 05/05 07:32 LJS #70005 MOUNDSVILLE WV 00007865 000045 ~5814 | $48.73 | | $35,268.83 |
| 05/07/2019 | 98443 RECURRING 05/07 06:46 APL* ITUNES.COM/B 866-712-7753 CA 00000000 098~5735 | $0.99 | | $35,267.84 |
| 05/07/2019 | CHECK # 129 | $4,650.00 | | $30,617.84 |
| 05/09/2019 | 89069 POS PUR 05/08 08:04 APPLE CASH 877-233-8552 CA 00000735 089069 ~4829 | $20.00 | | $30,597.84 |
| 05/09/2019 | **Balance This Statement** | | | **$30,597.84** |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 111 | 04/19/2019 | $5,000.00 | 130 | 04/30/2019 | $719.00 |
| 129* | 05/07/2019 | $4,650.00 | 131 | 04/30/2019 | $140.00 |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/10/2019 | $21,836.53 | 04/22/2019 | $38,212.74 | 05/01/2019 | $36,198.28 |
| 04/11/2019 | $21,735.53 | 04/23/2019 | $38,146.99 | 05/02/2019 | $35,317.56 |
| 04/12/2019 | $33,459.57 | 04/24/2019 | $38,137.00 | 05/06/2019 | $35,268.83 |
| 04/15/2019 | $32,337.72 | 04/25/2019 | $38,007.57 | 05/07/2019 | $30,617.84 |
| 04/17/2019 | $31,979.68 | 04/26/2019 | $37,781.71 | 05/09/2019 | $30,597.84 |
| 04/18/2019 | $31,526.36 | 04/29/2019 | $37,472.20 | | |
| 04/19/2019 | $38,253.36 | 04/30/2019 | $36,445.55 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

# First National Bank

**Statement Ending 06/07/2019**

4140 E. State Street
Hermitage, PA 16148

CHRISTOPHER SHOFFNER                    *Page 1 of 6*
*Primary Account Number*  4314

**ADDRESS SERVICE REQUESTED**

CHRISTOPHER SHOFFNER
516 STATE ROUTE 94 S
FREDON NJ 07860-5026

## Managing Your Accounts

| | | |
|---|---|---|
| Online | www.fnb-online.com |
| By Phone | 1 800-555-5455 |
| By Mail | 4140 E. State Street Hermitage, PA  16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | 4314 | $31,795.86 |

# FREESTYLE CHECKING - 4314

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/10/2019 | **Balance Last Statement** | **$30,597.84** |
| | 4 Credit(s) This Period | $51,864.00 |
| | 80 Debit(s) This Period | $50,665.98 |
| 06/07/2019 | **Balance This Statement** | **$31,795.86** |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/10/2019 | **Balance Last Statement** | | | **$30,597.84** |
| 05/10/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $11,788.00 | $42,385.84 |
| 05/10/2019 | SURCHARGE FEE 977633 BILLPAY 05/10 06:51 Peoples/Speedpay Pittsburg PA D01124 9 | $1.95 | | $42,383.89 |
| 05/10/2019 | 10190 RECURRING 05/10 06:25 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 010~4899 | $34.92 | | $42,348.97 |
| 05/10/2019 | 977633 BILLPAY 05/10 06:51 Peoples/Speedpay Pittsburg PA D01124 91302507~4900 | $132.48 | | $42,216.49 |
| 05/13/2019 | 47900 POS PUR 05/10 12:54 QUINETS COURT RE NEW MARTINSVI WV 02470911 04~5812 | $130.28 | | $42,086.21 |
| 05/13/2019 | 56748 RECURRING 05/11 18:40 APL* ITUNES.COM/B 866-712-7753 CA 00000000 056~5735 | $63.96 | | $42,022.25 |
| 05/13/2019 | 750266 PIN PUR 05/10 20:37 Wal-Mart Super C N. MARTINSVIL WV 26840004 91~5411 | $167.12 | | $41,855.13 |
| 05/13/2019 | 752676 PIN PUR 05/10 20:43 Wal-Mart Super C N. MARTINSVIL WV 26840089 91~5411 | $66.28 | | $41,788.85 |
| 05/14/2019 | 91507 POS PUR 05/13 10:13 APPLE CASH 877-233-8552 CA 00000737 091507 ~4829 | $1.00 | | $41,787.85 |
| 05/14/2019 | 93032 POS PUR 05/13 10:27 APPLE CASH 877-233-8552 CA 00000737 093032 ~4829 | $1,000.00 | | $40,787.85 |
| 05/14/2019 | 411071 PIN PUR 05/14 17:49 Wal-Mart Super C TRIADELPHIA WV 50880036 9134~5411 | $147.03 | | $40,640.82 |



Member
**FDIC**

## RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | | |
|---|---|---|
| Date or Check Number | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks Outstanding | | |

**TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:**

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.   $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL  $ _____

**8** SUBTRACT checks and withdrawals outstanding.   (-)  $ _____

Your checkbook should show this balance. ................................ $ _____

---

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

### HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 06/07/2019*

CHRISTOPHER SHOFFNER                    Page 3 of 6
Primary Account Number████4314

## FREESTYLE CHECKING - ████4314 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/15/2019 | 700838 POS PUR 05/15 13:44 SHEETZ 0430 EBENSBURG PA 08183501 700838 ~5541 | $10.45 | | $40,630.37 |
| 05/15/2019 | GEICO PREM COLL 1A9U0YVQRVBOE E | $1,096.90 | | $39,533.47 |
| 05/16/2019 | 37353 POS PUR 05/15 12:35 HAMPTON INNS 304-5474222 WV 23391561 037353 ~3665 | $211.68 | | $39,321.79 |
| 05/16/2019 | 83455 POS PUR 05/15 16:43 SHEETZ 00 TRIADELPHIA WV 007 083455 ~5542 | $100.00 | | $39,221.79 |
| 05/16/2019 | 81130 POS PUR 05/15 16:37 SHEETZ 00 TRIADELPHIA WV 007 081130 ~5542 | $100.00 | | $39,121.79 |
| 05/16/2019 | 69417 POS PUR 05/15 11:19 OP LIBERTY INC PITTSBURGH PA 75151443 069417 ~7523 | $13.00 | | $39,108.79 |
| 05/16/2019 | 59805 POS PUR 05/15 00:16 Amazon.com* MN6A4 Amzn.com/bill WA 00000000 05~5942 | $330.58 | | $38,778.21 |
| 05/16/2019 | 93426 POS PUR 05/15 07:23 GUMBY'S DALLAS P VALLEY GROVE WV 47693426 093~5499 | $132.08 | | $38,646.13 |
| 05/16/2019 | 42377 POS PUR 05/15 09:08 KATHYS RESTAURAN NEWTON NJ 81242377 042377 ~5812 | $49.74 | | $38,596.39 |
| 05/16/2019 | 417733 PIN PUR 05/16 15:21 FAMILY DOLLAR #1 TAMAQUA PA 30163701 417733 ~5331 | $82.58 | | $38,513.81 |
| 05/17/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $11,788.00 | $50,301.81 |
| 05/17/2019 | 35160 POS PUR 05/16 04:59 CESCOS PIZZERIA NEWTON NJ 01663284 035160 ~5812 | $31.67 | | $50,270.14 |
| 05/17/2019 | 43578 POS PUR 05/16 06:02 MCDONALD'S F1203 COLUMBIA NJ 1 043578 ~5814 | $15.55 | | $50,254.59 |
| 05/17/2019 | 411522 PIN PUR 05/17 14:00 DOLLAR GENERAL # NEW RINGGOLD PA 99999999 411~5310 | $50.34 | | $50,204.25 |
| 05/20/2019 | SURCHARGE FEE 1627 ATM WTD 05/18 06:26 FCTI ISO HAMBURG PA TX14111 001582 ~6011 | $3.95 | | $50,200.30 |
| 05/20/2019 | 4153 POS PUR 05/16 10:34 SMITH AUTOMOTIVE BLAIRSTOWN NJ 1 004153 ~5541 | $250.01 | | $49,950.29 |
| 05/20/2019 | 55270 POS PUR 05/17 14:05 DUNKIN #349865 Q HAMBURG PA 3498002 055270 ~5814 | $11.92 | | $49,938.37 |
| 05/20/2019 | 4976 POS PUR 05/17 21:42 TACO BELL #02369 HAMBURG PA 008 004976 ~5814 | $21.05 | | $49,917.32 |
| 05/20/2019 | 90187 POS PUR 05/17 16:09 BLUE MOUNTAIN FM SHARTLESVILLE PA 09042255 09~5812 | $51.48 | | $49,865.84 |
| 05/20/2019 | 0120 POS PUR 05/18 10:49 BLUE MOUNTAIN FM SHARTLESVILLE PA 09042255 00~5812 | $117.54 | | $49,748.30 |
| 05/20/2019 | 238988 PIN PUR 05/20 12:25 TRACTOR SUPPLY 4 LEHIGHTON PA 99999999 238988 ~5599 | $1,156.81 | | $48,591.49 |
| 05/20/2019 | 829006 PIN PUR 05/18 17:24 CJ TACK BOX HAMBURG PA 01385316 829006 ~5691 | $385.00 | | $48,206.49 |
| 05/20/2019 | 1627 ATM WTD 05/18 06:26 FCTI ISO HAMBURG PA TX14111 001582 ~6011 | $300.00 | | $47,906.49 |
| 05/20/2019 | 682807 PIN PUR 05/18 18:45 CJ TACK BOX HAMBURG PA 01385316 682807 ~5691 | $117.00 | | $47,789.49 |
| 05/20/2019 | CHECK # 134 | $1,961.00 | | $45,828.49 |
| 05/20/2019 | FEE FOR ATM WTD 05/18 06:26 FCTI ISO HAMBURG PA TX14111 001582 ~6011 | $2.75 | | $45,825.74 |
| 05/21/2019 | 43777 POS PUR 05/20 04:49 DUNKIN #345348 Q BRODHEADSVILL PA 3453005 043~5814 | $8.61 | | $45,817.13 |
| 05/21/2019 | 14216 POS PUR 05/20 07:39 LOWES #02566* LEHIGHTON PA 00000000 014216 ~5200 | $617.94 | | $45,199.19 |

CHRISTOPHER SHOFFNER
4314
Statement Ending 06/07/2019
Page 4 of 6

# FREESTYLE CHECKING - ‌4314 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/21/2019 | 30280 POS PUR 05/20 23:17 GIANT FUEL 6320 LEHIGHTON PA 00000000 030280 ~5542 | $5.56 | | $45,193.63 |
| 05/21/2019 | 32650 POS PUR 05/20 05:09 WENDYS #6432 HAMBURG PA 43032650 032650 ~5814 | $19.26 | | $45,174.37 |
| 05/21/2019 | 829970 PIN PUR 05/21 08:43 THE HOME DEPOT 9 NEWTON NJ 06137227 829970 ~5200 | $57.24 | | $45,117.13 |
| 05/21/2019 | 822550 PIN PUR 05/21 08:27 HARBOR FREIGHT T NEWTON NJ 04467889 822550 ~5251 | $366.70 | | $44,750.43 |
| 05/22/2019 | SURCHARGE FEE 235771 ATM WTD 05/22 10:58 VALLEY NATIONAL Fredon NJ S1A01000 235 | $3.75 | | $44,746.68 |
| 05/22/2019 | 10554 POS PUR 05/21 23:19 TACO BELL #02369 HAMBURG PA 008 010554 ~5814 | $13.74 | | $44,732.94 |
| 05/22/2019 | 189939 PIN PUR 05/22 06:50 Bloomin Hardware Blairstown NJ 00010006 18993~0780 | $597.75 | | $44,135.19 |
| 05/22/2019 | 235771 ATM WTD 05/22 10:58 VALLEY NATIONAL Fredon NJ S1A01000 235771 ~6011 | $500.00 | | $43,635.19 |
| 05/22/2019 | CHECK # 133 | $240.00 | | $43,395.19 |
| 05/22/2019 | FEE FOR ATM WTD 05/22 10:58 VALLEY NATIONAL Fredon NJ S1A01000 235771 ~6011 | $2.75 | | $43,392.44 |
| 05/23/2019 | 19540 POS PUR 05/22 02:56 FREDON DELI NEWTON NJ 97319540 019540 ~5812 | $12.99 | | $43,379.45 |
| 05/23/2019 | 19532 POS PUR 05/22 02:55 FRANKFORD CAR BA AUGUSTA NJ 97319532 019532 ~7542 | $6.25 | | $43,373.20 |
| 05/23/2019 | 49231 POS PUR 05/22 06:46 AMZN Mktp US* MN8 Amzn.com/bill WA 00000000 04~5942 | $85.20 | | $43,288.00 |
| 05/23/2019 | 115017 PIN PUR 05/23 11:50 NAZZITTOS WINES NORWICH NY 43270104 115017 ~5921 | $86.29 | | $43,201.71 |
| 05/24/2019 | 5134 POS PUR 05/22 14:13 QUICK CHEK CORPO NEWTON NJ 1 005134 ~5542 | $100.00 | | $43,101.71 |
| 05/24/2019 | 9702 POS PUR 05/23 14:22 PTC EZ PASS AUTO 877-736-6727 PA 000 4160 009~4784 | $60.00 | | $43,041.71 |
| 05/24/2019 | 1814 POS PUR 05/23 17:39 PRICE CHOPPER #1 NORWICH NY 161 003 001814 ~5411 | $542.31 | | $42,499.40 |
| 05/24/2019 | 5139 POS PUR 05/22 15:02 QUICK CHEK CORPO NEWTON NJ 1 005139 ~5542 | $100.00 | | $42,399.40 |
| 05/24/2019 | 83451 RECURRING 05/24 18:34 APL* ITUNES.COM/B 866-712-7753 CA 00000000 083~5735 | $9.99 | | $42,389.41 |
| 05/24/2019 | CHECK # 132 | $10,000.00 | | $32,389.41 |
| 05/28/2019 | 260606 INTERNET XFER TO FREESTYLE XXXXXX7163 ON 5/28/19 AT 8:41 | $15,000.00 | | $17,389.41 |
| 05/28/2019 | 98006 POS PUR 05/27 16:32 VERIZON WRL MY A 800-9220204 CA 36707878 0980~4814 | $254.90 | | $17,134.51 |
| 05/28/2019 | 10060 POS PUR 05/27 01:38 ARBYS 7108 OREFIELD PA 00756986 010060 ~5814 | $19.45 | | $17,115.06 |
| 05/28/2019 | 10848 POS PUR 05/27 01:27 LOWES #02566* LEHIGHTON PA 00000000 010848 ~5200 | $872.32 | | $16,242.74 |
| 05/28/2019 | 22131 POS PUR 05/28 01:48 VZWRLSS* IVR VE 800-922-0204 FL 00000000 02213~4814 | $562.02 | | $15,680.72 |
| 05/28/2019 | 505489 PIN PUR 05/26 07:09 MIRABITO16 RT 23 NORWICH NY 51032401 505489 ~5541 | $50.93 | | $15,629.79 |
| 05/28/2019 | CHECK # 136 | $657.20 | | $14,972.59 |
| 05/29/2019 | 26381 POS PUR 05/28 10:22 APPLE CASH 877-233-8552 CA 00000743 026381 ~4829 | $140.00 | | $14,832.59 |
| 05/29/2019 | 98474 POS PUR 05/28 04:26 MCDONALD'S F3141 HAMBURG PA 1 098474 ~5814 | $11.43 | | $14,821.16 |
| 05/29/2019 | 316825 PIN PUR 05/28 20:06 SUNOCO 049427690 NEWBURG PA 41790401 316825 ~5541 | $14.65 | | $14,806.51 |

# First National Bank

*Statement Ending 06/07/2019*

4140 E. State Street
Hermitage, PA 16148

CHRISTOPHER SHOFFNER                 *Page 5 of 6*
Primary Account Number ███████4314

## FREESTYLE CHECKING - ████64314 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/29/2019 | CHECK # 137 | $2,813.00 | | $11,993.51 |
| 05/30/2019 | 48907 POS PUR 05/28 17:23 GUMBY'S DALLAS P VALLEY GROVE WV 46348907 048~5499 | $132.08 | | $11,861.43 |
| 05/30/2019 | 90559 POS PUR 05/28 10:20 SMITH AUTOMOTIVE BLAIRSTOWN NJ 1 090559 ~5541 | $238.00 | | $11,623.43 |
| 05/31/2019 | 10292 POS PUR 05/30 17:06 PTC EZ PASS AUTO 877-736-6727 PA 000 4160 010~4784 | $60.00 | | $11,563.43 |
| 05/31/2019 | 0356 POS PUR 05/30 15:57 BLACKS FASHION F FAIRFIELD IL 56000356 000356~5992 | $112.00 | | $11,451.43 |
| 06/03/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $16,500.00 | $27,951.43 |
| 06/03/2019 | 0020 POS PUR 06/01 16:59 BEALLSVILLE DINE BEALLSVILLE OH 00003996 0000~5812 | $100.45 | | $27,850.98 |
| 06/03/2019 | 380833 PIN PUR 06/02 20:16 WAL-MART #2852 MOUNDSVILLE WV 24285201 380833~5411 | $391.50 | | $27,459.48 |
| 06/04/2019 | 40006 POS PUR 06/03 04:50 EDWARDS FLOWERS 570-668-0480 PA 08299895 0400~5992 | $58.00 | | $27,401.48 |
| 06/04/2019 | CHECK # 139 | $1,026.00 | | $26,375.48 |
| 06/04/2019 | CHECK # 140 | $286.00 | | $26,089.48 |
| 06/05/2019 | CHASE CREDIT CRD EPAY 4144590935 | $6,064.33 | | $20,025.15 |
| 06/05/2019 | HARLAND CLARKE CHK ORDERS 1J6L64131034300 | $16.30 | | $20,008.85 |
| 06/07/2019 | NEW TECH GLOBAL PAYMENTJNL V-103732 | | $11,788.00 | $31,796.85 |
| 06/07/2019 | 71688 RECURRING 06/07 22:42 APL* ITUNES.COM/B 866-712-7753 CA 00000000 071~5735 | $0.99 | | $31,795.86 |
| **06/07/2019** | **Balance This Statement** | | | **$31,795.86** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 132 | 05/24/2019 | $10,000.00 | 136* | 05/28/2019 | $657.20 | 140 | 06/04/2019 | $286.00 |
| 133 | 05/22/2019 | $240.00 | 137 | 05/29/2019 | $2,813.00 | | | |
| 134 | 05/20/2019 | $1,961.00 | 139* | 06/04/2019 | $1,026.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/10/2019 | $42,216.49 | 05/21/2019 | $44,750.43 | 05/31/2019 | $11,451.43 |
| 05/13/2019 | $41,788.85 | 05/22/2019 | $43,392.44 | 06/03/2019 | $27,459.48 |
| 05/14/2019 | $40,640.82 | 05/23/2019 | $43,201.71 | 06/04/2019 | $26,089.48 |
| 05/15/2019 | $39,533.47 | 05/24/2019 | $32,389.41 | 06/05/2019 | $20,008.85 |
| 05/16/2019 | $38,513.81 | 05/28/2019 | $14,972.59 | 06/07/2019 | $31,795.86 |
| 05/17/2019 | $50,204.25 | 05/29/2019 | $11,993.51 | | |
| 05/20/2019 | $45,825.74 | 05/30/2019 | $11,623.43 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

THIS PAGE LEFT INTENTIONALLY BLANK

# First National Bank

*Statement Ending 05/31/2019*

4140 E. State Street
Hermitage, PA 16148

CHRISTOPHER SHOFFNER                                    *Page 1 of 4*
*Primary Account Number:* ████7163

ADDRESS SERVICE REQUESTED

CHRISTOPHER SHOFFNER
516 STATE ROUTE 94 S
FREDON NJ 07860-5026

## Managing Your Accounts

| | | |
|---|---|---|
| Online | www.fnb-online.com | |
| By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street Hermitage, PA 16148 | |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | ████7163 | $14,337.30 |

## FREESTYLE CHECKING - ████7163

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/10/2019 | Balance Last Statement | -$3.95 |
| | 1 Credit(s) This Period | $15,000.00 |
| | 8 Debit(s) This Period | $658.75 |
| 05/31/2019 | Balance This Statement | $14,337.30 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/10/2019 | Balance Last Statement | | | -$3.95 |
| 05/13/2019 | CONTINUOUS OVERDRAFT FEE | $12.00 | | -$15.95 |
| 05/16/2019 | CONTINUOUS OVERDRAFT FEE | $12.00 | | -$27.95 |
| 05/21/2019 | CONTINUOUS OVERDRAFT FEE | $12.00 | | -$39.95 |
| 05/24/2019 | CONTINUOUS OVERDRAFT FEE | $12.00 | | -$51.95 |
| 05/28/2019 | 260606 INTERNET XFER FR FREESTYLE XXXXXX4314 ON 5/28/19 AT 8:41 | | $15,000.00 | $14,948.05 |
| 05/28/2019 | 652962 PIN PUR 05/28 09:39 WAL-MART #2169 LEHIGHTON PA 24216901 652962 ~5411 | $470.42 | | $14,477.63 |
| 05/28/2019 | 695629 POS PUR 05/28 12:17 Wal-Mart Super C LEHIGHTON PA 21690053 914897~5411 | $12.04 | | $14,465.59 |
| 05/29/2019 | 700800 PIN PUR 05/29 17:27 BEDBATH&BEYOND# NEWTON NJ 99999999 700800 ~5719 | $124.34 | | $14,341.25 |
| 05/31/2019 | PAPER STATEMENT FEE | $3.95 | | $14,337.30 |
| 05/31/2019 | Balance This Statement | | | $14,337.30 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/13/2019 | -$15.95 | 05/24/2019 | -$51.95 | 05/31/2019 | $14,337.30 |
| 05/16/2019 | -$27.95 | 05/28/2019 | $14,465.59 | | |
| 05/21/2019 | -$39.95 | 05/29/2019 | $14,341.25 | | |

Member FDIC
EQUAL HOUSING LENDER

## RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | |
|---|---|
| Date or Check Number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Checks Outstanding | |

### TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.    $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.
(+) _____
(+) _____
(+) _____
(+) _____
(+) _____
(+) _____

TOTAL   $ _____

**8** SUBTRACT checks and withdrawals outstanding.   (-)  $ _____

Your checkbook should show this balance. ................................ $ _____

---

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

### HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

CHRISTOPHER SHOFFNER                    *Page 3 of 4*
*Primary Account Number:* ████7163

## FREESTYLE CHECKING - ████7163 (continued)

Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $48.00 | $48.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

MOR CS and cover letter shoffner

**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 17-23194 JAD** |
| | ) | |
| **Christopher C. Shoffner,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | **Document No.** |

**Certificate of Service**

I, Gary W. Short, certify under penalty of perjury that on 7/8, 2019 I served the:

| | | |
|---|---|---|
| ☐ | Jan. | 2019 Monthly Operating Report |
| ☐ | Feb. | 2019 Monthly Operating Report |
| ☐ | March | 2019 Monthly Operating Report |
| ☐ | April | 2019 Monthly Operating Report |
| ☒ | May | 2019 Monthly Operating Report |
| ☐ | June | 2019 Monthly Operating Report |
| ☐ | July | 2019 Monthly Operating Report |
| ☐ | August | 2019 Monthly Operating Report |
| ☐ | Sept. | 2019 Monthly Operating Report |
| ☐ | Oct. | 2019 Monthly Operating Report |
| ☐ | Nov. | 2019 Monthly Operating Report |
| ☐ | Dec. | 2019 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: 7/8/19

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mailgaryshortlegal@gmail.com