**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 17-23194 JAD** |
| **Christopher C. Shoffner,** | ) | **Chapter 11** |
| Debtor, | ) | **Document No.** |
| **Michelle L. Kelley,** | ) | **Hearing Date and Time:** |
| Movant, | ) | **August 23, 2019 at 11:00 a.m.** |
| Vs. | ) | **Responses Due: August 8, 2019** |
| **No Respondents,** | ) | |
| Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION TO APPROVE EMPLOYMENT OF DIVORCE COUNSEL AND ACCEPTANCE OF POST-PETITION RETAINER**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Employment of Divorce Counsel and Acceptance of Post-petition Retainer filed on July 7, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than August 8, 2019.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: August 9, 2019          /s/ Gary W. Short
                               Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                               212 Windgap Road, Pittsburgh, PA 15237
                               Tele. (412) 765-0100 / Fax (412) 536-3977
                               E-mail garyshortlegal@gmail.com