CS Chapter 11 plan packet shoffner

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-23194 JAD |
| CHRISTOPHER C. SHOFFNER, | ) | CHAPTER 11 |
| DEBTOR. | ) | Related to Doc. 140, 141, 143 |

## CERTIFICATE OF SERVICE

I, Gary W. Short, hereby certify under penalty of perjury that I am, and at all times hereinafter was, more than 18 years of age and that on September 9, 2019, I served the following documents:

a. The Order Conditionally Approving Disclosure Statement, Fixing Time for: (1) Dates to Object and for Hearing on Disclosure Statement and Plan; (2) Fixing Final Hearing on Disclosure Statement and Plan Confirmation Hearing Combined With Notice Thereof, and (3) Notice of Deadlines to File Complaint to Determine Discharge of Debt'
b. Summary of Plan of Reorganization Dated September 6, 2019;
c. Debtor's Plan of Reorganization dated September 6, 2019;
d. Debtor's Disclosure Statement; and
e. An appropriate ballot form for the acceptance or rejection of the Plan;

filed in, entered in, or prepared for this proceeding by first class U.S. Mail, postage prepaid on the parties in interest listed on the attached mailing matrix which are not x'd out at the addresses shown thereon.

Executed on September 9, 2019

/s/ Gary W. Short
Gary W. Short, Esquire
Counsel for the Debtor
PA Bar I.D. No. 36794
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com



```
Label Matrix for local noticing          American Express Centurion Bank          Amex
0315-2                                    c/o Becket and Lee LLP                  Correspondence
Case 17-23194-JAD                         PO Box 3001                    12       Po Box 981540                 12
WESTERN DISTRICT OF PENNSYLVANIA          Malvern  PA 19355-0701                  El Paso, TX 79998-1540
Pittsburgh
Sat Sep  7 10:04:11 EDT 2019

(p)BB AND T                               Danielle Boyle-Ebersole                 CNH Industrial Capital America LLC
PO BOX 1847              4                Hladik, Onorato & Federman, LLP   1     PO Box 3600                   2
WILSON NC 27894-1847                      298 Wissahickon Avenue                  Lancaster, PA 17604-3600
                                          North Wales, PA 19454-4156


CNH Industrial Capital America LLC        CNHcapital                              Thomas A. Capehart
PO Box 71264                              Attn:Bankruptcy            2            Gross McGinley, LLP
Philadelphia, PA 19176-6264   2           Po Box 292                               33 South 7th Street
                                          Racine, WI 53401-0292                   P.O. Box 4060
                                                                                  Allentown, PA 18105-4060


Capital One Bank                          Community Bank                          (p)COMMUNITY BANK
P.O. Box 30285                            90 West Chestnut Street                 90 W CHESTNUT ST       5
Salt Lake City, UT 84130-0285  12         Suite 100                               SUITE 100
                                          Washington, PA 15301-4524               WASHINGTON PA 15301-4524


Fay Servicing, LLC                        First Guaranty Mortgafge Corp.          First Guaranty Mortgage Corp.   1
Bankruptcy Department                     c/o M Troy Freedman, Essq.       1      5016 Parkway Plaza, Suite 200
3000 Kellway Dr., Ste 150                 Stern & Eisenberg                       Charlotte, NC 28217-1930
Carrollton, TX 75006-3357                 1581 The Shops at Valley Square
                                          Warrington, PA 18976


First Guaranty Mortgage Corporation       First Guaranty Mortgage Corporation c/o Rush    Internal Revenue Service
c/o Rushmore Loan Management Services     P.O. Box 55004                          Special Procedures Division
P.O. Box 55004              1             Irvine, CA 92619-5004                   P.O. Box 628
Irvine, CA 92619-5004                                                             Bankruptcy Section
                                                                                  Pittsburgh, PA 15230


(p)INTERNAL REVENUE SERVICE               Michelle L. Kelley                      Keystone Collections Group
CENTRALIZED INSOLVENCY OPERATIONS  7  9   92 E. Main Street, Ste. 24    0         546 Wendel Road           11
PO BOX 7346                      12       Uniontown, PA 15401-3577                Irwin, PA 15642-7539
PHILADELPHIA PA 19101-7346


                                                    9
LVNV Funding, LLC its successors and assigns   Jill Locnikar                      MERRICK BANK
assignee of Arrow Financial Services,     U.S. Attorney's Office     7/12         Resurgent Capital Services    12
LLC                                       700 Grant Street, Suite 4000            PO Box 10368
Resurgent Capital Services  12            Pittsburgh, PA 15219-1955               Greenville, SC 29603-0368
PO Box 10587
Greenville, SC 29603-0587

Marine One Acceptance Corporation         Marine1 Acpt                            Mariner Finance
Gross McGinley LLP                        5000 Quorum Dr Ste 200    6             8211 Town Center Dr       12
Thomas A. Capehart, Esquire   6           Dallas, TX 75254-7405                   Nottingham, MD 21236-5904
33 S. Seventh Street
Allentown, PA 18101-2418


Merrick Bk                                Albert James Millar                     Martin A. Mooney
Attn: Bankruptcy         12               PA Dept. of Revenue                     Schiller, Knapp, Lefkowitz & Hertzel LLP
P.O. Box 9201                             Office of Chief Counsel   10, 12        950 New Loudon Road
Old Bethpage, NY 11804-9001               P.O. Box 281061                         Suite 109
                                          Harrisburg, PA 17128-1061               Latham, NY 12110-2182
```

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PA Dept. of Revenue
11 Parkway Ctr, #175
Pittsburgh, PA 15220-3623
10, 12

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021
12

Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg, Pa. 17128-0946
10

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946
10, 12

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067
12

David A. Rice
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301-6805
0

Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301-6805
0

Christopher Chad Shoffner
1969 Mount Morris Road
Waynesburg, PA 15370-2217

Gary William Short
212 Windgap Road
Pittsburgh, PA 15237-1271

TD Auto Finance LLC
Trustee Payment Department
PO Box 16041
Lewiston, ME 04243-9523

TD Auto Finance LLC
c/o Schiller, Knapp, Lefkowitz
& Hertzel LLP
950 New Loudon Road, Suite 109
Latham, NY 12110-2190

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333-9223

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

United States of America Department of the T
c/o Office of U.S. Atty for W.D. of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1956
0

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838
12

Larry E. Wahlquist
U.S. Trustee Program/Dept. of Justice
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222-3721
0

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541
1

Wells Fargo Bank N.A., d/b/a Wells Fargo Dea
P.O. Box 19657
Irvine, CA 92623-9657
3

Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623-9657
3

Whitley Township
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539
11

---

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
Attn: Bankruptcy
Po Box 1847
Wilson, NC 27894

Community Bank
Po Box 357
Carmichaels, PA 15320

Internal Revenue Service
1000 Liberty Avenue
Pittsburgh, PA 15222

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Tractor Supply
P.O. Box 183015
Columbus, OH 43218