# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-23194 JAD |
| CHRISTOPHER C. SHOFFNER, ) | |
|     Debtor, ) | Chapter 11 |
| GARY W. SHORT, ) | |
|     Movant, ) | Document No. |
| vs. ) | |
| NO RESPONDENT, ) | Hearing Date and Time: |
|     Respondent. ) | October 8, 2019 at 10:00 a.m. |
| ) | Responses due: September 18, 2019 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on August 31, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Order Fixing Deadline for Filing Objections to Fee Application Combined with Notice Thereof, objections to the Application were to be filed and served no later than September 18, 2019

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: September 19, 2019            Respectfully submitted,

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com