ballot summary shoffner

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-23194 JAD |
| CHRISTOPHER C. SHOFFNER, | ) | Chapter 11 |
| Debtor. | ) | Docket No. ____ |
| | ) | Related to Docket No. 140,141,143 |
| | ) | Hearing Date and Time: |
| | ) | October 8, 2019 at 10:00 a.m. |

## SUMMARY OF BALLOTS

All original ballots are available for inspection at the office
of Gary W. Short. Copies of all ballots are attached.

**Class 1**  **First Guaranty Mortgage Corporation - Secured Debt - Impaired**
1 ballot received.
1 ballot voted against the Plan.
This debt will be paid in full with interest in deferred payments
This class is **impaired** under the Plan.

**Class 2**  **CNH Industrial Capital America, LLC - Secured Debt - Impaired**
No ballot received.
This debt will be paid in full with interest in deferred payments
This class is **impaired** under the Plan.

**Class 3**  **Wells Fargo Bank, N.A. d/b/a Wells Fargo Bank Dealer Services - Secured Claim - Impaired**
No ballot received.
This debt will be paid in full with interest in deferred payments
This class is **impaired** under the Plan.

**Class 4**  **Branch Banking and Trust Company - Secured Claim - Impaired**
No ballot received.
This debt will be paid in full with interest in deferred payments
This class is **impaired** under the Plan.

**Class 5**  **Community Bank - Secured Claim - Impaired**
No ballot received.
This debt will be paid in full with interest in deferred payments
This class is **impaired** under the Plan.

**Class 6**  **Marine One Acceptance Corporation - Secured Claim - Impaired**
1 ballot was received from Class 6 Creditors
1 ballots voted in favor of the Plan.

**0** ballot voted against the Plan
This debt will be paid in full with interest from the sale of claimants collateral.
This class is **impaired** under the Plan.

**Class 7**    **The Internal Revenue Service - Secured Claim - Impaired**
No ballot received. (Objection to Plan filed)
This debt will be paid in full with interest in deferred payments
This class is **impaired** under the Plan.

**Class 9**    **Internal Revenue Service - Priority Claim - Impaired**
No ballot received (Objection to Plan filed).
This debt will be paid in full with interest in deferred payments
This class is **impaired** under the Plan.

**Class 10**    **Pennsylvania Department of Revenue - Priority Claim - Impaired**
No ballot received.
This debt will be paid in full with interest in deferred payments
This class is **impaired** under the Plan.

**Class 11**    **Whitley Township and Green School District - Priority Claim - Impaired**
No ballot received.
This debt will be paid in full with interest in deferred payments
This class is **impaired** under the Plan.

**Class 12**    **Non-Priority Unsecured Claims - Impaired**
**1** ballot was received from Class 12 Creditors
**1** ballots voted in favor of the Plan.
**0** ballot voted against the Plan
Class 12 will be paid either 35% on the Plan Distribution Date or 100% in deferred payments depending upon whether funds are availableto pay the 35% payment..
This class is impaired under the Plan.

|               | **Number of Votes** | **Amount** |
|---------------|---------------------|------------|
| **ACCEPT**    | 1                   | 3,741.20   |
| **REJECT**    | 0                   | 0          |

|   | Creditor         | Accepts  | Rejects |
|---|------------------|----------|---------|
| 1 | American Express | 3,741.30 | 0       |
|   |                  | 3,741.30 | 0       |

**Percentage - Number of Votes Accepting - 100%**
**Percentage - Number of Votes Rejecting - 0%**

**Percentage - Amount of Votes Accepting - 100%**
**Percentage - Amount of Votes Rejecting -   0%**

October 4, 2019                    /s/ Gary W. Short
                                   Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                   212 Windgap Road, Pittsburgh, PA 15237
                                   Tele. (412) 765-0100 / Fax (412) 536-3977
                                   E-mail garyshortlegal@gmail.com
                                   Counsel for the Debtor

**COPIES OF BALLOTS**

**COPIES OF BALLOTS**

Ballot form Shoffner

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-23194 JAD |
| CHRISTOPHER C. SHOFFNER, | ) | CHAPTER 11 |
| DEBTOR. | ) | Related to Doc. 140, 141, 143 |

## Class 1 Ballot for Accepting or Rejecting Plan of Reorganization

Christopher C. Shoffner ("Debtor") filed an plan of reorganization dated September 6, 2019 (the *Plan*) for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the *Disclosure Statement*). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Gary W. Short, 212 Windgap Road, Pittsburgh, PA 15237. Tele. 412-765-0100; facsimile no. 412-536-3977 and email garyshortlegal@gmail.com (proponent's attorney).

The Court's conditional approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 1 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Gary W. Short, 212 Windgap Road, Pittsburgh, PA 15237 on or before <u>October 1, 2019</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a **Class 1 secured claim** against the Debtor in the unpaid amount of Dollars ($ 309,274.45 ):

[Check one box]   ☐ Accepts the Plan
                  ☒ Rejects the Plan

the Plan for Reorganization of the above-named debtor.

Dated this 26th day of September, 2019.

Print or type name: Danielle Boyle-Ebersole, Esq.
Signature: *[signature]*
Title (if corporation or partnership) Attorney for First Guaranty, et. al., c/o Rushmore Loan Management Services
Address: Hladik, Onorato & Federman, LLP
298 Wissahickon Ave.
North Wales, PA 19454

Return this ballot to:

Gary W. Short, Esq.
212 Windgap Road
Pittsburgh, PA 15237

Received 9/30/19
GWS

Ballot form Shoffner

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-23194 JAD |
| CHRISTOPHER C. SHOFFNER, | ) | CHAPTER 11 |
| DEBTOR. | ) | Related to Doc. 140, 141, 143 |

### Class 6 Ballot for Accepting or Rejecting Plan of Reorganization

Christopher C. Shoffner ("Debtor") filed an plan of reorganization dated September 6, 2019 (the *Plan*) for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the *Disclosure Statement*). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Gary W. Short, 212 Windgap Road, Pittsburgh, PA 15237. Tele. 412-765-0100; facsimile no. 412-536-3977 and email garyshortlegal@gmail.com (proponent's attorney).

The Court's conditional approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 6 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Gary W. Short, 212 Windgap Road, Pittsburgh, PA 15237 on or before <u>October 1, 2019</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a <u>Class 6 secured claim</u> against the Debtor in the unpaid amount of Dollars ($ __40,527.24__ ):

             ☒ Accepts the Plan

[Check one box]      ☐ Rejects the Plan

the Plan for Reorganization of the above-named debtor.

Dated this __30th__ day of __September__, 2019.

Print or type name: __Damon L. Dukes    Marine One Acceptance__

Signature: __/s/ Damon L. Dukes__  __Bankruptcy Legal Manager of Marine One Acceptance__
       Title (if corporation or partnership)

Address: __Marine One Acceptance__
      __5000 Quorum Drive, Ste. 200__
      __Dallas, Texas 75254__

Return this ballot to:

Gary W. Short, Esq.
212 Windgap Road
Pittsburgh, PA 15237

Received by em.
9/30/19

/s/

Ballot form Shoffner

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-23194 JAD |
| CHRISTOPHER C. SHOFFNER, | ) | CHAPTER 11 |
| DEBTOR. | ) | Related to Doc. 140, 141, 143 |

## Class 12 Ballot for Accepting or Rejecting Plan of Reorganization

Christopher C. Shoffner ("Debtor") filed an plan of reorganization dated September 6, 2019 (the *Plan*) for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the *Disclosure Statement*). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Gary W. Short, 212 Windgap Road, Pittsburgh, PA 15237. Tele. 412-765-0100; facsimile no. 412-536-3977 and email garyshortlegal@gmail.com (proponent's attorney).

The Court's conditional approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 12 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Gary W. Short, 212 Windgap Road, Pittsburgh, PA 15237 on or before <u>October 1, 2019</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a <u>Class 12 non-priority unsecured claim</u> against the Debtor in the unpaid amount of Dollars

($<u>**3,741.30**</u>):   **Account Ending: 1006**

☒   Accepts the Plan

[Check one box]   ☐   Rejects the Plan

the Plan for Reorganization of the above-named debtor.

Dated this **26** day of **September**, 2019.

Print or type name:   **American Express National Bank**

Signature: _(signature)_

Title (if corporation or partnership) **Kenneth W. Kleppinger, Attorney/Agent for creditor**

Address:   **c/o Becket & Lee LLP**

**PO Box 3001**

**Malvern, PA 19355**

Return this ballot to:

Gary W. Short, Esq.
212 Windgap Road
Pittsburgh, PA 15237

*Received by EM
9/26/19*