# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | CHRISTOPHER CHAD SHOFFNER |
| **Case Number:** | 17-23194-JAD          **Chapter:**  11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 08, 2019 10:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

### *Matter:*

Application For Interim Compensation And Reimbursement Of Expenses filed by Gary W. Short, Esquire, Counsel for Debtor
- No Response Filed [Due 9/18/2019]
**R / M #:**  138 / 0

### *Appearances:*

OUST:  HILDENBRAND / WAHLQUIST
DEBTOR:  GARY W. SHORT, ESQUIRE
CREDITOR:
UCC:

### *Proceedings:*

_____ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____
    _____ To Conciliation Conference For _____ at
    _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order to be issued approving application**

FILED
10/8/19 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge