# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

- **Debtor:** CHRISTOPHER CHAD SHOFFNER
- **Case Number:** 17-23194-JAD    **Chapter:** 11
- **Date / Time / Room:** TUESDAY, OCTOBER 08, 2019 10:00 AM   COURTROOM D
- **Bankruptcy Judge:** JEFFERY A. DELLER
- **Courtroom Clerk:** MARY SCHUETZ
- **Reporter / ECR:** N/A

## Matter:

FINAL Hearing on Approval of Disclosure Statement and Confirmation of Debtor's Small Business Plan of Reorganization Dated September 6, 2019
- Objections filed by Internal Revenue Service 9/19/2019 at ECF No. 145 [Due 10/1/2019]
- Objection To Confirmation of Chapter 11 Plan Dated 9/6/2019 filed 9/27/2019 by First Guaranty, et al., c/o Rushmore at ECF No. 147
- Summary of Ballots filed by Devtor 10/4/2019 at ECF No. 148

R / M #: 141 / 0

## Appearances:

- OUST: HILDENBRAND / WAHLQUIST
- DEBTOR: GARY W. SHORT, ESQUIRE
- CREDITOR: JILL LOCNIKAR, ESQUIRE for IRS
- CREDITOR: DANIELLE BOYLE-EBERSOLE, ESQUIRE for FIRST GUARANTY MORTGAGE CORP.

## Proceedings:

- ___ Motion is GRANTED / DENIED
- ___ Special Type Of Order:
- ✓ CONTINUE MATTER:
  - ✓ For At Least **60** Days (Court To Issue Scheduling Order)
  - ___ To Hearing Date Of _____ at ____ AM/PM at _____
  - ___ To Conciliation Conference For _____ at ____ AM/PM at _____
- ___ ISSUE EVIDENTIARY HEARING NOTICE
  - ___ Evidentiary Hearing On Value And Cram-Down Interest
  - ___ Complex / Pretrial Order - NONJURY / JURY
  - ___ Simple / Pretrial Order - NONJURY / JURY
  - ___ Parties To Undertake Discovery - Discovery Period: ___ days
- ___ SETTLEMENT STIPULATION IS DUE _____
- ___ OTHER:

**- Order to be issued continuing Final Hearing on Approval of Disclosure Statement and Confirmation of Plan for at least 60 days.**

FILED
10/8/19 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge