FILED
10/8/19 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTOPHER CHAD SHOFFNER,   :   Bankruptcy No. 17-23194-JAD
:
:   Related Doc. No. 141 - Disclosure Statement
:   Dated September 6, 2019
:
:   Related Doc. No. 140 - Plan of Reorganization
:   Dated September 6, 2019
:
Debtor.   :   Chapter 11 - Small Business
_____ X

## ORDER CONTINUING HEARING

AND NOW, this **8th** day of **October**, 2019, a hearing having been held on October 8, 2019, on final approval of the Disclosure Statement and confirmation of the Plan of Reorganization Dated September 6, 2019;

it is hereby **ORDERED** that FINAL Hearing on approval of the Disclosure Statement and Confirmation of Debtor's Small Business Plan of Reorganization dated September 6, 2019, is **CONTINUED** to **Tuesday, December 10, 2019**, at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

_____  mas
JEFFERY A. DELLER
United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-23194-JAD
Christopher Chad Shoffner                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Oct 08, 2019
                              Form ID: pdf900         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.
```
db           #+Christopher Chad Shoffner,   1969 Mount Morris Road,   Waynesburg, PA 15370-2217
cr            +First Guaranty Mortgage Corporation c/o Rushmore L,   P.O. Box 55004,   Irvine, CA 92619-5004
cr            +Marine One Acceptance Corporation,   Gross McGinley LLP,   Thomas A. Capehart, Esquire,
                33 S. Seventh Street,   Allentown, PA 18101-2418
sp            +Michelle L. Kelley,   92 E. Main Street, Ste. 24,   Uniontown, PA 15401-3577
cr            +Rice & Associates Law Firm,   15 West Beau Street,   Washington, PA 15301-6805
cr            +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
                U.S. Post Office & Courthouse,   700 Grant Street, Suite 4000,   Pittsburgh, PA  15219,
                U.S.A. 15219-1956
14710943       American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
14672436      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
14672449     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Tractor Supply,   P.O. Box 183015,   Columbus, OH 43218)
14868392       CNH Industrial Capital America LLC,   PO Box 71264,   Philadelphia, PA 19176-6264
14672439      +CNHcapital,   Attn:Bankruptcy,   Po Box 292,   Racine, WI 53401-0292
14745416     #+Fay Servicing, LLC,   Bankruptcy Department,   3000 Kellway Dr., Ste 150,
                Carrollton, TX 75006-3357
14672441       First Guaranty Mortgafge Corp.,   c/o M Troy Freedman, Essq.,   Stern & Eisenberg,
                1581 The Shops at Valley Square,   Warrington, PA 18976
14672442      +First Guaranty Mortgage Corp.,   5016 Parkway Plaza, Suite 200,   Charlotte, NC 28217-1930
15000051      +First Guaranty Mortgage Corporation,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
                Irvine, CA 92619-5004
14763588      +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
14672445      +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
14672447      +PA Dept of Revenue,   11 Parkway Ctr, #175,   Pittsburgh, PA 15220-3623
14683831      +TD Auto Finance LLC,   Trustee Payment Department,   PO Box 16041,   Lewiston, ME 04243-9523
14683828      +TD Auto Finance LLC,   c/o Schiller, Knapp, Lefkowitz,   & Hertzel, LLP,
                950 New Loudon Road, Suite 109,   Latham, NY 12110-2190
14672448      +Td Auto Finance,   Po Box 9223,   Farmington Hills, MI 48333-9223
14690696       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,   P.O. Box 19657,   Irvine, CA 92623-9657
14672450      +Wells Fargo Dealer Services,   Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657
14672451      +Whitley Township,   c/o Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14672437       E-mail/Text: bankruptcy@bbandt.com Oct 09 2019 02:56:23     BB&T,   Attn: Bankruptcy,
                Po Box 1847,   Wilson, NC 27894
14672440       E-mail/Text: svlainich@communitybank.tv Oct 09 2019 02:56:57     Community Bank,   Po Box 357,
                Carmichaels, PA 15320
14672438      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 09 2019 03:04:52     Capital One Bank,
                P.O. Box 30285,   Salt Lake City, UT 84130-0285
14674743      +E-mail/Text: svlainich@communitybank.tv Oct 09 2019 02:56:56     Community Bank,
                90 West Chestnut Street,   Suite 100,   Washington, PA 15301-4524
14672443       E-mail/Text: cio.bncmail@irs.gov Oct 09 2019 02:56:21     Internal Revenue Service,
                1000 Liberty Avenue,   Pittsburgh, PA 15222
14727282       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 09 2019 03:04:59
                LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14725008       E-mail/PDF: MerrickBKNotifications@resurgent.com Oct 09 2019 03:04:57     MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14672444      +E-mail/Text: bankruptcy@marineone.com Oct 09 2019 02:56:13     Marine1 Acpt,
                5000 Quorum Dr Ste 200,   Dallas, TX 75254-7405
14672446      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 09 2019 03:06:01     Merrick Bk,
                Attn: Bankruptcy,   P.O. Box 9201,   Old Bethpage, NY 11804-9001
14678219       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2019 03:04:54
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14673097      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2019 03:26:44
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14681620       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 09 2019 02:56:34
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, Pa. 17128-0946
14706269       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 09 2019 03:06:06     Verizon,
                by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                             TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             First Guaranty Mortgage Corporation
cr             PA Dept of Revenue
cr             TD Auto Finance LLC
```

```
District/off: 0315-2           User: culy              Page 2 of 2               Date Rcvd: Oct 08, 2019
                               Form ID: pdf900         Total Noticed: 37

cr*          +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14677602    ##+CNH Industrial Capital America LLC,   PO Box 3600,    Lancaster, PA 17604-3600
                                                                                      TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
              Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov
              Danielle Boyle-Ebersole    on behalf of Creditor    First Guaranty Mortgage Corporation c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              David A. Rice    on behalf of Creditor    Rice & Associates Law Firm ricelaw1@verizon.net,
               lowdenscott@gmail.com
              Gary William Short    on behalf of Debtor Christopher Chad Shoffner garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Thomas A. Capehart    on behalf of Creditor    Marine One Acceptance Corporation
               jkacsur@grossmcginley.com,  ehutchinson@grossmcginley.com
                                                                                             TOTAL: 10
```