**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| **In re:** ) | **Case No. 17-23194 JAD** |
| **Christopher Chad Shoffner,** ) | **Chapter 11** |
| Debtor, ) | **Document No.** |
| **Christopher Chad Shoffner** ) | |
| Movant, ) | **Hearing Date and Time** |
| vs. ) | **December 10, 2019 at 10:00 a.m.** |
| **No Respondents,** ) | **Responses due: Dec. 2, 2019** |
| Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO DISMISS CHAPTER 11 PROCEEDING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **MOTION TO DISMISS** ("Motion"), filed on November 14, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order Setting Date Certain for Response and Hearing on Motion, objections to the Motion were to be filed and served no later than December 2, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 3, 2019        Respectfully submitted,

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
Counsel for the Debtor
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com