**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| **In re:** ) | **Case No. 17-23194 JAD** |
| **Christopher Chad Shoffner,** ) | **Chapter 11** |
|         **Debtor,** ) | **Document No.** |
| **United States Trustee,** ) | **Related to Doc. 155** |
|         **Movant,** ) | **Hearing Date and Time** |
|     **vs.** ) | **December 10, 2019 at 10:00 a.m.** |
| **Christopher Chad Shoffner,** ) | **Responses due: Dec. 3, 2019** |
|         **Respondent.** ) | |

## AMENDED CERTIFICATE OF SERVICE

Debtor's Response to Motion to Convert

I, Gary W. Short, certify under penalty of perjury that I served the above-referenced pleading(s) or order on the parties at the addressed specified below or on the attached mailing matrix on December 3, 2019.

The type(s) of service made on the parties named in the attached matrix (first class mail, electronic notification, hand delivery, or another type of service) was: first class U.S. Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail".

Larry Wahlquist, Trial Attorney
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Executed on December 3, 2019        /s/ Gary W. Short
                                                      Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                                      212 Windgap Road, Pittsburgh, PA 15237
                                                      Tele. (412) 765-0100 / Fax (412) 536-3977
                                                      E-mail[garyshortlegal@gmail.com](mailto:garyshortlegal@gmail.com)